**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**

APRIL MILLER, KAREN ANN ROBERTS, SHANTEL BURKE, STEPHEN NAPIER, JODY FERNANDEZ, KEVIN HOLLOWAY, L. AARON SKAGGS, and BARRY W. SPARTMAN,

AND

ALL OTHERS SIMILARLY SITUATED,

          Plaintiffs,

v.

KIM DAVIS, both individually and in her official capacity as Rowan County Clerk, and ROWAN COUNTY, KENTUCKY,

          Defendants.

Case No. _____

**ORDER**

The Court having considered the arguments of counsel, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Named Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**. Defendant Kim Davis, in her official capacity as Rowan County Clerk, is hereby preliminarily enjoined from enforcing the policy of refusing to issue marriage licenses to any future marriage license applications submitted by the Named Plaintiffs.