UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 15-44-HRW

APRIL MILLER, *et al.*,                                      PLAINTIFFS,

v.                              **ORDER**

KIM DAVIS, both individually and in her
official capacity as Rowan County Clerk, and
ROWAN COUNTY, KENTUCKY,                   DEFENDANTS.


The undersigned Judge hereby recuses himself from further service in the above-captioned matter.

Accordingly, **IT IS ORDERED** that the above-styled action is hereby **REASSIGNED** to the Honorable David L. Bunning, Judge of the Eastern District of Kentucky, for all further proceedings.

This 6th day of July, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge

HENRY R. WILHOIT, JR., Senior Judge