UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-44-DLB**

**APRIL MILLER, et al.**                                                                         **PLAINTIFFS**

**vs.**                                                   **ORDER**

**KIM DAVIS, both individually
and in her official capacity, et al.**                                                        **DEFENDANTS**

*************************

    This matter having been recently reassigned to the undersigned (Doc. # 4), and the Court having reviewed Plaintiffs' Complaint (Doc. # 1) and Motion for Preliminary Injunction (Doc. # 2), and being otherwise sufficiently advised,

    **IT IS ORDERED** that this matter be, and is, hereby scheduled for **a preliminary injunction hearing on Monday, July 13, 2015 at 12:00 p.m. in Ashland**.

    This 6th day of July, 2015.

Signed By:
*David L. Bunning*    DB
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order Setting Preliminary Injunction Hearing.wpd