UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CIVIL MINUTES - GENERAL

CASE NO. **0:15-cv-44-DLB**    AT  **COVINGTON**                        **Monday, July 20, 2015**

Style:   **APRIL MILLER, ET AL. V. KIM DAVIS, ET AL.**

Present:      Hon. **DAVID L. BUNNING, U.S. DISTRICT JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Sarah Townzen** |
|---|---|---|
| **(Deputy Clerk)** | **(Court Reporter)** | **(Law Clerk)** |

**ATTORNEYS PRESENT FOR PLAINTIFFS**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

Daniel J. Canon                              Roger K. Gannam
William E. Sharp                             Jonathan D. Christman
                                             A.C. Donahue
                                             Jeffrey Mando
                                             Cecil Watkins

**PROCEEDINGS: Continued Preliminary Injunction Hearing**

On July 20, 2015 the Court reconvened to conclude the evidentiary portion of the preliminary injunction hearing in the above-captioned case.  The Court having heard from counsel, and Defendants having presented their witnesses,

   **IT IS ORDERED** as follows:

1)      Defendant Kim Davis' oral Motion to Dismiss Plaintiffs' Motion for Preliminary Injunction [DE # 2] is **denied**.

2)      The Clerk is directed to submit Plaintiffs' Motion for Preliminary Injunction [DE # 2] to the undersigned chambers for decision upon the filing of Defendants' written response and Plaintiffs' reply.

                                             Deputy Clerks Initials:   **lv**

| TIC | 1 | 40 |
|---|---|---|

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Mins from Preliminary Injunction Hrg, Pt. 2.wpd