UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-44-DLB

APRIL MILLER, et al.                                                                          PLAINTIFFS

vs.                                            **ORDER**

KIM DAVIS, individually and in her official capacity, et al.          DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon Plaintiffs' Motion for Preliminary Injunction (Doc. # 2). The Court having reviewed Defendants' Responses in Opposition (Docs. # 28 and 29), and being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiffs' Reply Brief shall address Defendant Rowan County's arguments regarding the pursuit of injunctive relief against Defendant Kim Davis in her official capacity. Specifically, Plaintiffs shall explain: (1) whether they intend to pursue injunctive relief against Defendant Kim Davis in her official capacity and/or individual capacity; and (2) if Plaintiffs still intend to pursue injunctive relief against Defendant Kim Davis in her official capacity, the legal basis for doing so.

This 31st day of July, 2015.



Signed By:
David L. Bunning DB
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order re Plaintiffs Reply.wpd