UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| APRIL MILLER, KAREN ANN ROBERTS, SHANTEL BURKE, STEPHEN NAPIER, JODY FERNANDEZ, KEVIN HOLLOWAY, L. AARON SKAGGS, and BARRY W. SPARTMAN,<br><br>AND<br><br>ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>v.<br><br>KIM DAVIS, both individually and in her official capacity as Rowan County Clerk, and ROWAN COUNTY, KENTUCKY,<br><br>      Defendants. | Case No. 0:15cv00044-DLB<br><br>**Electronically filed** |

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Class Certification Pursuant to Fed.R.Civ.P. 23(b)(2) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the Plaintiffs shall be appointed to represent the certified class pursuant to Fed. R. Civ. P. 23(g).