# EXHIBIT B

Dear Senator Robertson,

    I am contacting you in hope of support of possible legislation that would give county clerks the option to exempt themselves from issuing marriage license, not only to same sex couples but to all parties, as to not discriminate anyone. The LRC has determined in "the duties of the County Clerk", the Clerk may be exempted from selling other licenses, i.e....fishing and hunting license by applying with written notice to that department. I wanted to have the option, as a person who has deep moral conviction, to choose not to discriminate any party, by allowing a Clerk to apply for an exemption for the issuance of marriage licenses.

    As a constitutional officer, elected by the people I personally feel the Commonwealth's Constitution should be upheld. In 2004, by an overwhelming vote of 3 to 1 in favor of defining marriage as a union between one man and one woman (Kentucky Constitution Section 233A), should be upheld. This should be an electoral issue not judicial. I cannot ask my deputies to issue or be a party to "the implementation of a contentious societal philosophy change" (per Florida Clerk with the same view) If I myself would not.

    I know the deadline is close for the presentation of bills on the floor, but in light of the Supreme Court's decision to look at the issue in April, I feel it is imperative that we be ready to stand with our uncompromising convictions, holding strong to our morals, and beliefs.

    I beseech you to give thoughtful consideration to this matter, as it is of vital importance, not only to me, as a new Clerk, but to the Kentucky County Clerk's Association who has formed a formal committee to address this issue.