# EXHIBIT E

Case: 0:15-cv-00044-DLB   Doc #: 34-5   Filed: 08/04/15   Page: 1 of 2 - Page ID#: 787



**Kim Davis**
*Rowan County Clerk*

600 West Main Street
Room 102
Morehead, KY 40351

Office (606) 784-5212
Fax (606) 784-2923
http://rowancountyclerk.com

July 8, 2015

The Honorable Governor Steve Beshear
700 Capitol Avenue Suite 100
Frankfort, KY 40601

Dear Governor Beshear,

The recent *Obergefell* decision by the Supreme Court of the United States has not only impacted Kentucky's same sex marriage ban, but has put numerous County Clerks' moral and religious beliefs at odds with their current required duties. Many Clerks firmly believe that forcing County Clerk offices to issue same-sex marriage licenses when it is against their deeply held religious beliefs and traditions is a direct violation of the U.S. Constitution's First Amendment.

This dramatic and sudden change has caused some Clerks to go as far as to halt issuing marriage licenses to anyone rather than compromise their deeply held religious convictions. This position has ignited litigation and it is foreseeable that it may invite more lawsuits.

It appears the only timely and reasonable solution to this conflict is a legislative one. So for that reason, I respectfully request that you immediately call an extraordinary session of the General Assembly to address the issues that have been caused in this transition from traditional marriage being re-defined to include same-sex couples.

Legislators and Clerks of many political stripes working alongside other third parties have been drafting commonsense legislation that would modify Kentucky's marriage laws to satisfy the concerns of the majority of Clerks, while still abiding by the *Obergefell* ruling. It is my belief that our proposal could be passed by the General Assembly in an expedited timeframe of the absolute minimum of five days.

The potential cost to calling a special session is easily justified by the alleviation of future potential lawsuits and relieving the concerns of many County Clerks who serve their local communities. I ask that you not just consider the current litigation, but what litigation could be invited after the 2018 County Clerk elections are concluded, if the status quo is to remain in place.

Respectfully submitted,

*[signature]*

*"Thank you for the opportunity to serve Rowan County"*