UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-44-DLB**

APRIL MILLER, et al.                                                                                    PLAINTIFFS

vs.                                                    **ORDER**

KIM DAVIS, both individually
and in her official capacity, et al.                                                              DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court having issued its Memorandum Opinion and Order (Doc. # 43) granting Plaintiffs' Motion for Preliminary Injunction (Doc. # 2), and Defendant Kim Davis having filed a Notice of Appeal (Doc. # 44) and Motion to Stay (Doc. # 45) in response thereto, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiffs shall **file a written response** to Defendant's Motion to Stay (Doc. # 45) **by close of business on Friday, August 14, 2015**. Defendant's reply brief shall be due **by close of business on Monday, August 17, 2015**. Upon the filing of the reply, the Clerk shall submit the Motion to Stay to the undersigned's chambers for review.

This 13th day of August, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order for Response re Mtn to Stay.wpd