UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-44-DLB**

**APRIL MILLER, et al.**                                                                                                          **PLAINTIFFS**

**vs.**                                                                        **ORDER**

**KIM DAVIS, both individually
and in her official capacity, et al.**                                                                              **DEFENDANTS**

*************************

Plaintiffs having already filed their Response in Opposition (Doc. # 46) to Defendant Kim Davis' Motion to Stay (Doc. # 45) the Court's Memorandum Opinion and Order of August 12, 2015 (Doc. # 43), and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Defendant Kim Davis shall submit her reply brief **by close of business on Friday, August 14, 2015**. Davis' reply shall be limited to **five (5) pages**.

This 13th day of August, 2015.



Signed By:
David L. Bunning  DB
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order re Mtn to Stay Reply Brief.wpd