UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-44-DLB

APRIL MILLER, et al.                                                                    PLAINTIFFS

vs.                                               ORDER

KIM DAVIS, both individually
and in her official capacity, et al.                                                 DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the Court's own Motion,

**IT IS ORDERED** that briefing on Defendant Kim Davis' Motion to Dismiss (Doc. # 32) and Motion for Preliminary Injunction (Doc. # 39) be, and is, hereby **STAYED** pending review of the Court's Memorandum Opinion and Order (Doc. # 43) by the United States Court of Appeals for the Sixth Circuit.  A briefing schedule on the Motions will be set by subsequent order after the Sixth Circuit renders its decision.

This 25th day of August, 2015.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order Staying Remaining Motions.wpd