UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL ACTION NO. 15-cv-044-DLB

APRIL MILLER, PH.D.; KAREN ANN ROBERTS;
SHANTEL BURKE; STEPHEN NAPIER;
JODY FERNANDEZ; KEVIN HOLLOWAY;
L. AARON SKAGGS; BARRY W. SPARTMAN;
and OTHERS SIMILARLY SITUATED    PLAINTIFFS

v.

KIM DAVIS, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS ROWAN
COUNTY CLERK; and ROWAN
COUNTY KENTUCKY    DEFENDANTS

and    **AGREED ORDER**

KIM DAVIS    THIRD-PARTY PLAINTIFF

v.

STEVEN L. BESHEAR, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF KENTUCKY; and
WAYNE ONKST, IN HIS OFFICIAL CAPACITY
AS STATE LIBRARIAN AND COMMISSIONER
OF KENTUCKY DEPARTMENT FOR
LIBRARIES AND ARCHIVES    THIRD-PARTY DEFENDANTS

*** *** *** *** ***

This action having come before the Court upon the agreement of the involved parties, each by counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

1. That the third-party defendants shall have until and including September 11, 2015 by which to serve their pleadings and/or papers in response to the Third-Party Complaint (D.E. 34).

This ____ day of August 2015.

_____
HON. DAVID L. BUNNING, JUDGE
UNITED STATES DISTRICT COURT

**HAVE SEEN & AGREED TO:**

 /s/Jonathan D. Christman
Roger K. Gannam
Jonathan D. Christman
LIBERTY COUNSEL
P. O. Box 540774
Orlando, FL 32854

And

A. C. Donahue
DONAHUE LAW GROUP, PSC
P. O. Box 659
Somerset, KY 42502
COUNSEL FOR DEFENDANT/THIRD PARTY PLAINTIFF, KIM DAVIS

 /s/Palmer G. Vance II
William M. Lear, Jr.
Palmer G. Vance II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
COUNSEL FOR THIRD-PARTY DEFENDANTS, GOVERNOR STEVEN L. BESHEAR AND COMMISSIONER WAYNE ONKST IN THEIR OFFICIAL CAPACITIES