UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

                Plaintiffs,

v.

KIM DAVIS, *et al.*,

                Defendants.

Case No. 0:15-cv-00044-DLB

**ORDER**

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED**:

Defendant Kim Davis' Motion to Extend Temporary Stay of Injunction Order is hereby **DENIED**.