UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

                              Plaintiffs,

v.

KIM DAVIS, *et al.*,

                              Defendants.

Case No. 0:15-cv-00044-DLB

*Electronically filed*

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED**:

The Plaintiffs' Motion to Hold Kim Davis in Contempt is hereby **GRANTED**.

**IT IS FURTHER ORDERED:**

That Defendant Davis' compliance with the Court's August 12, 2015 preliminary injunction ruling **shall** be compelled by appropriate financial penalties.