UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 15-44-DLB

APRIL MILLER, et al.                                              **PLAINTIFFS**

vs.                                      <u>ORDER</u>

**KIM DAVIS, individually and
in her official capacity, et al.**                               **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On September 1, 2015, the Court held a telephonic scheduling conference in the above-captioned matter. Plaintiffs were represented by William Sharp, Laura Landenwich and Joe Dunman. Jeff Mando and Cecil Watkins appeared on behalf of Defendant Rowan County. Defendant Kim Davis was represented by Roger Gannam, Jonathan Christman and A.C. Donahue. Official Court Reporter Lisa Wiesman recorded the proceedings. The Court having heard from counsel, and being otherwise sufficiently advised,

**IT IS ORDERED** that this matter be, and is, hereby set for a **hearing** on Plaintiffs' Motion to Hold Defendant Kim Davis in Contempt of Court (Doc. # 67) on **Thursday, September 3, 2015 at 11:00 a.m. in Ashland, Kentucky.**. **Defendant Davis and each of her deputy clerks shall be present at the hearing**.

**IT IS FURTHER ORDERED** that if Defendant Davis wishes to file a response to Plaintiffs' Motion (Doc. # 67), **it shall be filed by close of business on September 2, 2015 and shall not exceed five (5) pages in length**.

1

This 1st day of September, 2015.



G:\DATA\ORDERS\Ashland Civil\2015\15-44 Order Setting 9-3-15 Hrg on Mtn to Hold in Contempt.wpd

TIC - 5 mins