UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| APRIL MILLER, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : 0:15-CV-00044-DLB |
| KIM DAVIS, ET AL., | : DISTRICT JUDGE |
| | : DAVID L. BUNNING |
| Defendants. | : |
| | |
| KIM DAVIS, | : |
| Third-Party Plaintiff, | : |
| v. | : |
| STEVEN L. BESHEAR, in his official capacity as Governor of Kentucky, and WAYNE ONKST, in his official capacity as State Librarian and Commissioner, Kentucky Department for Libraries and Archives, | : |
| Third-Party Defendants. | : |

### EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7.1, and Federal Rule of Appellate Procedure 8(a)(1), Defendant/Third-Party Plaintiff Kim Davis ("Davis"), by and through her undersigned counsel, hereby moves for this Court to enter an injunction pending appeal of this Court's August 25, 2015 order (D.E. 58), which is the subject of Davis' notice of appeal to the Sixth Circuit filed on August 31, 2015. *See* D.E. 66. In support thereof, Davis incorporates by reference the memorandum of law filed in support of her Motion for Preliminary

Injunction (D.E. 39-1), and the contemporaneously-filed memorandum of law that is attached to this Motion.

WHEREFORE, Defendant/Third-Party Plaintiff Kim Davis respectfully requests that this Court enter an injunction pending appeal of this Court's August 25, 2015 order, in the form of the proposed order attached hereto.

DATED: September 2, 2015

A.C. Donahue
Donahue Law Group, P.S.C.
P.O. Box 659
Somerset, Kentucky 42502
Tel: (606) 677-2741
Fax: (606) 678-2977
ACDonahue@DonahueLawGroup.com

Respectfully submitted:

/s/ Jonathan D. Christman
Roger K. Gannam
Jonathan D. Christman
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
Tel: (800) 671-1776
Fax: (407) 875-0770
rgannam@lc.org
jchristman@lc.org

*Attorneys for Defendant/Third-Party Plaintiff Kim Davis*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record:

| | |
|---|---|
| Daniel J. Canon<br>L. Joe Dunman<br>Laura E. Landenwich<br>CLAY DANIEL WALTON ADAMS, PLC<br>462 S. Fourth Street, Suite 101<br>Louisville, KY 40202<br>dan@justiceky.com<br>joe@justiceky.com<br>laura@justiceky.com<br><br>William Ellis Sharp<br>ACLU OF KENTUCKY<br>315 Guthrie Street, Suite 300<br>Louisville, KY 40202<br>sharp@aclu-ky.org<br><br>*Attorneys for Plaintiffs* | Jeffrey C. Mando<br>Claire Parsons<br>ADAMS, STEPNER, WOLTERMANN &<br>DUSING, PLLC<br>40 West Pike Street<br>Covington, KY 41011<br>jmando@aswdlaw.com<br>cparsons@aswdlaw.com<br><br>*Attorneys for Rowan County*<br><br>William M. Lear, Jr.<br>Palmer G. Vance II<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507-1380<br>william.lear@skofirm.com<br>gene.vance@skofirm.com |
| DATED: September 2, 2015 | /s/ Jonathan D. Christman<br>Jonathan D. Christman<br>*Attorney for Defendant/Third-Party Plaintiff Kim Davis* |