# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | | |
|---|---|---|
| APRIL MILLER, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | 0:15-CV-00044-DLB |
| | : | |
| KIM DAVIS, ET AL., | : | DISTRICT JUDGE |
| | : | DAVID L. BUNNING |
| Defendants. | : | |
| | : | |
| KIM DAVIS, | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STEVEN L. BESHEAR, in his official capacity as Governor of Kentucky, and WAYNE ONKST, in his official capacity as State Librarian and Commissioner, Kentucky Department for Libraries and Archives, | : | |
| | : | |
| Third-Party Defendants. | : | |
| | : | |

## [PROPOSED] ORDER

This Court, having reviewed Defendant/Third-Party Plaintiff Kim Davis' Emergency Motion for Injunction Pending Appeal, and any responses thereto, and for good cause shown, GRANTS Kim Davis' Motion for Injunction Pending Appeal.

IT IS HEREBY ORDERED that Third-Party Defendants Governor Beshear and Commissioner Onkst, in their official capacities, are enjoined from enforcing Governor Beshear's

mandate directing Kim Davis to authorize the issuance of Kentucky marriage licenses while Davis' appeal of this Court's August 25, 2015 order to the Sixth Circuit is pending.

IT IS FURTHER ORDERED that Kim Davis is preliminarily exempted from having to authorize the issuance of Kentucky marriage licenses while Davis' appeal of this Court's August 25, 2015 order to the Sixth Circuit is pending.

_____
HON. DAVID L. BUNNING
DISTRICT JUDGE