**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND**

| | |
|---|---|
| APRIL MILLER, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| KIM DAVIS, INDIVIDUALLY | ) |
| AND IN HER OFFICIAL CAPACITY, et al. | ) |
| | ) |
|    Defendants | ) |
| | ) |
| | ) |

## **ORDER**

Upon the motion of the Senate President, by counsel, and the Court being otherwise sufficiently advised:

It is hereby ORDERED that the Senate President's Motion for Leave to File a Brief as *Amicus Curiae* in support of the Defendant is GRANTED. The Clerk shall file the tendered brief of the Senate President into the record.

So ordered this the _____ day of _____, 2015.