UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 0:15-cv-00044-DLB

APRIL MILLER, et al.                                                                            PLAINTIFFS

V.           **MOTION TO REQUEST ORDER
              ALLOWING INTERVIEW OF KIM DAVIS**

KIM DAVIS, et al.                                                                              DEFENDANTS

* * * * * * * * * * *

Cable News Network, Inc. ("CNN") has secured the permission of Defendant Kim Davis, and her counsel, to conduct an interview of Defendant Kim Davis, currently being held at the Carter County Detention Center. CNN has likewise received the permission of the Carter County Detention Center to conduct the interview inside the facility. Having been advised by the Clerk's Office that a motion is necessary to seek permission from this Court to conduct this interview, CNN now moves this Court for this relief. Given the nature of the request, CNN asks this Court to require any objections to this motion to be filed as soon as possible.

                                           Respectfully Submitted,

                                            /s/ Mark A. Flores
                                           Mark A. Flores
                                           FROST BROWN TODD, LLC
                                           250 West Main Street, Suite 2800
                                           Lexington, Kentucky  40507
                                           T:  859-231-0000
                                           F:  859-231-0011
                                           mflores@fbtlaw.com
                                           *Counsel for CNN*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been electronically filed on this, the 4th day of September 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

                                            /s/ Mark A. Flores
                                           *Counsel for CNN*

EN10033.Public-10033  4832-0866-1800v1