# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | |
|---|---|
| APRIL MILLER, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : 0:15-CV-00044-DLB |
| KIM DAVIS, ET AL., | : DISTRICT JUDGE |
| | : DAVID L. BUNNING |
| Defendants. | : |
| | |
| KIM DAVIS, | : |
| Third-Party Plaintiff, | : |
| v. | : |
| STEVEN L. BESHEAR, in his official capacity as Governor of Kentucky, and WAYNE ONKST, in his official capacity as State Librarian and Commissioner, Kentucky Department for Libraries and Archives, | : |
| Third-Party Defendants. | : |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant/Third-Party Plaintiff Kim Davis ("Davis"), by and through her undersigned counsel, hereby amends her Notice of Appeal dated August 12, 2015, and appeals to the United States Court of Appeals for the Sixth Circuit from: (1) the September 3, 2015 Order granting Plaintiffs' Motion to Hold Davis in Contempt of Court (D.E. 75); (2) the September 3, 2015 Order granting Plaintiffs' Motion Pursuant to Rule 62(c) to Clarify the Preliminary Injunction Pending Appeal (D.E. 74); and (3) the August 12, 2015 Memorandum Opinion and

Order granting Plaintiffs' Motion for Preliminary Injunction (D.E. 43). Copies of the foregoing orders from which Davis appeals are attached hereto as Exhibits "A," "B," and "C," respectively.

As noted above, Davis has already filed a Notice of Appeal in this matter related to this Court's August 12, 2015 Memorandum Opinion and Order granting Plaintiffs' Motion for Preliminary Injunction. *See* D.E. 44. That appeal has been docketed as *April Miller, et al. v. Kim Davis*, No. 15-5880 (6th Cir.). Davis has already paid the appeal docketing fee for this matter, by ECF online payment on August 12, 2015 in the amount of $505.00.

The parties to the orders appealed from and the names and addresses of their attorneys are as follows:

*Plaintiffs*: April Miller, Karen Ann Roberts, Shantel Burke, Stephen Napier, Jody Fernandez, Kevin Holloway, L. Aaron Skaggs, and Barry Spartman

*Attorneys for Plaintiffs*:

Daniel J. Canon
L. Joe Dunman
Laura E. Landenwich
CLAY DANIEL WALTON ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202

William Ellis Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202

| | |
|---|---|
| DATED: September 6, 2015 | Respectfully submitted:<br>/s/ Jonathan D. Christman |
| A.C. Donahue<br>Donahue Law Group, P.S.C.<br>P.O. Box 659<br>Somerset, Kentucky 42502<br>Tel: (606) 677-2741<br>Fax: (606) 678-2977<br>ACDonahue@DonahueLawGroup.com | Roger K. Gannam<br>Jonathan D. Christman<br>Liberty Counsel<br>P.O. Box 540774<br>Orlando, Florida 32854<br>Tel: (800) 671-1776; Fax: (407) 875-0770<br>rgannam@lc.org / jchristman@lc.org |
| | *Attorneys for Defendant/Third-Party Plaintiff Kim Davis* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record:

Daniel J. Canon
L. Joe Dunman
Laura E. Landenwich
CLAY DANIEL WALTON ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202
dan@justiceky.com
joe@justiceky.com
laura@justiceky.com

William Ellis Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
sharp@aclu-ky.org
*Attorneys for Plaintiffs*

Jeffrey C. Mando
Claire Parsons
ADAMS, STEPNER, WOLTERMANN &
DUSING, PLLC
40 West Pike Street
Covington, KY 41011
jmando@aswdlaw.com
cparsons@aswdlaw.com
*Attorneys for Rowan County*

William M. Lear, Jr.
Palmer G. Vance II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

*Attorneys for Governor Steven L. Beshear
and Commissioner Wayne Onkst*

DATED: September 6, 2015

/s/ Jonathan D. Christman
Jonathan D. Christman
*Attorney for Defendant/Third-Party Plaintiff
Kim Davis*