# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CIVIL MINUTES-GENERAL

**Case No.:** 0:15-cv-44-DLB   **At**: ASHLAND,KENTUCKY   **Date:** Thursday, September 3, 2015

**Style:** APRIL MILLER, et al v. KIM DAVIS, et al.

DOCKET ENTRY:

**PRESENT:**   HON. DAVID L. BUNNING, DISTRICT JUDGE

| KELLY SMITH | SANDY WILDER |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**

DANIEL J. CANON
WILLIAM ELLIS SHARP
LAURA E. LANDENWICH

**ATTORNEYS PRESENT FOR DEFENDANT KIM DAVIS:**

JONATHAN D. CHRISTMAN
ROGER K. GANNAM
ANTHONY CHARLES DONAHUE

**ATTORNEYS PRESENT FOR DEFENDANT ROWAN CO., KY**:
CECIL R. WATKINS
CLAIRE E. PARSONS

**ATTORNEYS PRESENT FOR THIRD PARTY DEFENDANTS:**
PALMER G. VANCE, II

**ATTORNEY PRESENT AND APPOINTED FOR DEPUTY CLERKS**:
MICHAEL R. CAMPBELL for Deputy Clerk Nathaniel Davis
MICHAEL B. FOX for Deputy Clerk Chrissy Plank
RICHARD A. HUGHES for Deputy Clerk Brian Mason
SEBASTIAN JOY for Deputy Clerk Kim Russell
ANDY MARKELONIS for Deputy Clerk Melissa Thompson
JEREMY CLARK for Deputy Roberta Earley

**PROCEEDINGS: HEARING ON MOTION**

This matter was called for a hearing on the Plaintiff's Motion to Hold Defendant Kim Davis in Contempt of Court (DE # 67) in Ashland, Kentucky, with parties present, by counsel, as noted above. Having heard arguments from counsel and testimony of witnesses, and the Court being otherwise sufficiently advised, **IT IS ORDERED AS FOLLOWS**:

1) There being no objection from the parties, Kentucky Senate President Robert Stivers' Motion for Leave to File a Brief as Amicus Curiae in support of Defendants (DE # 73) is **GRANTED**.

2) By agreement of the parties, Third Party Defendants shall have until **close of business on Tuesday, September 8, 2015** to respond to Defendant Davis' Motion for Injunction Pending Appeal (Doc. # 70). Defendant Davis shall have until **close of business on Thursday, September 10, 2015** to file her reply brief. **The parties are advised that these deadlines have been expedited**.

3) The Court appoints MICHAEL R. CAMPBELL as counsel for Rowan County Deputy Clerk Nathaniel Davis. MICHAEL B. FOX is appointed as counsel for Rowan County Deputy Clerk Chrissy Plank. RICHARD A. HUGHES is appointed as counsel for Rowan County Deputy Clerk Brian Mason. SEBASTIAN JOY is appointed as counsel for Rowan County Deputy Clerk Kim Russell. ANDY MARKELONIS is appointed as counsel for Rowan County Deputy Clerk Melissa Thompson. JEREMY CLARK is appointed as counsel for Rowan County Chief Deputy Clerk Roberta Earley.

4) After hearing arguments from counsel and testimony from witnesses, the Court finds Defendant Davis in contempt of the Court's Order of August 12, 2015, for reasons stated on the record. Accordingly, Plaintiffs' Motion to Hold Defendant Kim Davis in Contempt of Court (DE # 67) is **GRANTED**. Defendant Davis shall be remanded to the custody of the United States Marshal pending compliance of the Court's Order of August 12, 2015, or until such time as the Court vacates the contempt Order.

5) Defendant Davis' oral motion to stay enforcement of the Court's contempt order pending review of the Court's August 12, 2015 Order by the Sixth Circuit Court of Appeals is **DENIED**. Defendant Davis' oral motion to certify the contempt order for appeal is **DENIED**.

6) Defendant Davis' oral motion to suspend any sentence until the Kentucky Legislature convenes is **DENIED**.

| TIC: | 3 | 39 |
|---|---|---|

G:\DATA\ORDERS\Ashland Civil\2015\15-44 Minutes from Sept 3rd contempt hearing.wpd