# EXHIBIT B

Eastern District of Kentucky
**F I L E D**

SEP - 3 2015

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND**

APRIL MILLER, *et al.*,

                            Plaintiffs,

v.

KIM DAVIS, *et al.*,

                            Defendants.

Case No. 0:15-cv-00044-DLB

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED:**

Plaintiffs' Motion Pursuant to Rule 62(c) to Clarify the Preliminary Injunction

Pending Appeal is hereby **GRANTED**.

**IT IS FURTHER ORDERED:**

The Court's August 12, 2015 preliminary injunction order, RE #43, is hereby

modified to state that Defendant Kim Davis, in her official capacity as Rowan County

Clerk, is hereby preliminarily enjoined from applying her "no marriage licenses" policy

to future marriage license requests submitted by Plaintiffs or by other individuals who are

legally eligible to marry in Kentucky.

9/3/15



Signed By:
*David L. Bunning*
United States District Judge