UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

                Plaintiffs,

v.

KIM DAVIS, *et al.*,

                Defendants.

Case No. 0:15-cv-00044-DLB

*Electronically filed*

**STATUS REPORT**

In accordance with the Court's Order (DN #80), Plaintiffs state the following:

- The following Plaintiffs have been able to obtain licenses since the Rowan County Clerk's Office resumed issuing them on September 4, 2015: April Miller and Karen Roberts; Barry Spartman and Aaron Skaggs; and Jody Fernandez and Kevin Holloway. A copy of the licenses issued to these Plaintiffs, which have been redacted to remove personal information, is attached as Exhibit A.

- The marriage license forms issued to Plaintiffs have been altered by the Clerk's Office to remove Ms. Davis' name, and now state: "Issued this 9/4/2015 in the office of **Rowan County,** Rowan County County Clerk." (*Compare* Exhibit A *with* PageID 568: RE #29-3 (Davis Exhibit 2) (attached hereto as Exhibit B). *See also* PageID 254: RE #26 (Davis' July 20, 2015 Testimony) (testifying that computer software used for marriage licensing automatically populates data, including Rowan County Clerk's name, on marriage license forms).

- In addition, the license issued to Plaintiffs Miller and Roberts lacked the deputy clerk's signature/initials, but Plaintiffs Miller and Roberts have since been notified that the deputy clerk will correct that oversight upon their returning to the Clerk's office.

Respectfully submitted,

/s Daniel J. Canon
Daniel J. Canon
Laura E. Landenwich
L. Joe Dunman
Clay Daniel Walton & Adams PLC
462 South Fourth Street
Suite 101
Louisville, KY 40202
(502) 561-2005
dan@justiceky.com
laura@justiceky.com
joe@justiceky.com
ACLU OF KENTUCKY Cooperating Attorneys

and

William E. Sharp
Legal Director
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on, I filed this motion and accompanying proposed order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeffrey C. Mando
Claire E. Parsons
Cecil Watkins
jmando@aswdlaw.com
cparsons@aswdlaw.com
cwatkins@prosecutors.ky.gov

*Counsel for Rowan County*


Anthony C. Donahue
Roger Gannam
Jonathan Christman
acdonahue@donahuelawgroup.com
rgannam@lc.org
jchristman@lc.org

*Counsel for Kim Davis*

                                              s/ Daniel J. Canon
                                              *Counsel for Plaintiffs*