EXPIRATION: 10/03/15                                                                                                                                          60

# Marriage License

Valid **ONLY** in the

Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name  LARRY AARON SKAGGS
Current Residence
Second Party Full Name BARRY WALTER SPARTMAN
Current Residence

**First Party**                                              **Second Party**

Date of Birth (Age)
Place of Birth
Mother's Full Name
  (Including Maiden)
Father's Full Name
Condition (Single, widowed,
divorced, annulled)
No. of Previous Marriages
Occupation
Race
Relationship to other party

We hereby certify the above information is true to the best of our knowledge.

_____[signature]_____                                _____[signature Barry W Spartman]_____
First Party Signature                                    Second Party Signature

Issued this  9 / 4 / 2015  in the office of  ROWAN COUNTY , ROWAN COUNTY
           (mo.) (day) (year)                         (name)                   (county)

County Clerk, MOREHEAD , Kentucky by  BRIAN MASON [TM] , DEPUTY CLERK
                  (city)                    (recorder's name)              (title)

Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!

# Marriage License

(type or print with black ink ball-point pen only)

I do certify that:_____ and _____

were united in marriage on the _____ day of _____ , at _____
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses' names)

_____ and _____

Given under my hand this _____ day of _____ , _____ .

_____ , _____ , of the _____
(Signature of person performing ceremony)         (title)                     (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this _____ / _____ / _____  in the office of _____ , _____
             (mo.)  (day)  (year)                      (clerk's name)                (county name)

County Clerk, in Marriage Book _____ , page _____ .

_____ , _____ Clerk
(recorder's name)                                   (recorder's title)

# Marriage License

Valid **ONLY** in the
Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name   JODY ANN FERNANDEZ
Current Residence
Second Party Full Name   KEVIN JAMES HOLLOWAY
Current Residence

**First Party**                                **Second Party**

Date of Birth (Age)
Place of Birth
Mother's Full Name
  (Including Maiden)
Father's Full Name
Condition (Single, widowed,
divorced, annulled)
No. of Previous Marriages
Occupation
Race
Relationship to other party

We hereby certify the above information is true to the best of our knowledge.

_Jody A Fernandez_ (First Party Signature)     _Kevin Holloway_ (Second Party Signature)

Issued this __9__ / __8__ / __2015__ in the office of __ROWAN COUNTY__ (name), __ROWAN COUNTY__ (county)
          (mo.)   (day)  (year)

County Clerk, __MOREHEAD__ (city), Kentucky by __BRIAN MASON__ (recorder's name), __DEPUTY CLERK__ (title)

Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!

# Marriage License

(type or print with black ink ball-point pen only)

I do certify that:_____ and _____

were united in marriage on the _____ day of _____, at _____
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses' names)

_____ and _____

Given under my hand this _____ day of _____, _____.

_____, _____, of the _____
(Signature of person performing ceremony)      (title)                (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this ____ / ____ / ____ in the office of _____, _____
           (mo.)  (day)  (year)              (clerk's name)          (county name)

County Clerk, in Marriage Book _____, page _____.

_____, _____ Clerk

# Marriage License

Valid **ONLY** in the
## Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

**First Party Full Name**   JODY ANN FERNANDEZ
**Current Residence**
**Second Party Full Name** KEVIN JAMES HOLLOWAY
**Current Residence**

**First Party**                                      **Second Party**

Date of Birth (Age)
Place of Birth
Mother's Full Name
    (Including Maiden)
Father's Full Name
Condition (Single, widowed, divorced, annulled)
No. of Previous Marriages
Occupation
Race
Relationship to other party

We hereby certify the above information is true to the best of our knowledge.

_____        _____
First Party Signature                                        Second Party Signature

Issued this __9__ / __8__ / __2015__ in the office of __ROWAN COUNTY__ , __ROWAN COUNTY__
              (mo.)   (day)   (year)                              (name)                        (county)

County Clerk, __MOREHEAD__ , Kentucky by __BRIAN MASON__ , __DEPUTY CLERK__
                      (city)                                         (recorder's name)                    (title)

*Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!*

# Marriage License
(type or print with black ink ball-point pen only)

I do certify that:_____ and _____

were united in marriage on the _____ day of _____ , at _____
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses' names)

_____ and _____

Given under my hand this _____ day of _____ , _____ .

_____ , _____ , of the _____
(Signature of person performing ceremony)       (title)                    (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this ____ / ____ / ____ in the office of _____ , _____
                  (mo.) (day) (year)                              (clerk's name)            (county name)

County Clerk, in Marriage Book _____ , page _____ .

_____ , _____
                                                                                        Clerk

EXPIRATION: 10/03/15

55

# Marriage License
Valid **ONLY** in the
Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name __APRIL DENISE MILLER__
Current Residence _____
Second Party Full Name __KAREN ANN ROBERTS__
Current Residence _____

| **First Party** | **Second Party** |
|---|---|

Date of Birth (Age) — —
Place of Birth — —
Mother's Full Name
 (Including Maiden) — —
Father's Full Name — —
Condition (Single, widowed,
 divorced, annulled) — —
No. of Previous Marriages — —
Occupation — —
Race — —
Relationship to other party — —

We hereby certify the above information is true to the best of our knowledge.

__April D. Miller__                                     __[signature]__
First Party Signature                                Second Party Signature

Issued this __9__ / __4__ / __2015__ in the office of __ROWAN COUNTY__, __ROWAN COUNTY__
         (mo.)  (day)   (year)                    (name)                     (county)

County Clerk, __MOREHEAD__, Kentucky by __BRIAN MASON__, __DEPUTY CLERK__
                (city)                         (recorder's name)        (title)

*Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!*

# Marriage License
(type or print with black ink ball-point pen only)

I do certify that: _____ and _____

were united in marriage on the _____ day of _____, at _____,
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses' names)
_____ and _____

Given under my hand this _____ day of _____, _____, of the _____.
                        (Signature of person performing ceremony)        (title)           (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this _____ / _____ / _____ in the office of _____, _____, (county name)
              (mo.)  (day)   (year)                  (clerk's name)

County Clerk, in Marriage Book _____, page _____.

_____                                _____ Clerk
(Signature of person performing ceremony)                 (recorder's name)

# Certificate of Marriage
To be delivered to parties married

I do certify that: _____ and _____
were united in marriage on the _____ day of _____, at _____,
Kentucky, under the authority of the above license and in the presence of
_____ and _____

Given under my hand this _____ day of _____, _____, of the _____.
                                                                (Church, religion, or civil authority)

_____ , _____ (county name)
                                (recorder's title)