# EXHIBIT C

To Defendant Kim Davis' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction

# DAVIS EXHIBIT 1

Dear Senator Robertson,

    I am contacting you in hope of support of possible legislation that would give county clerks the option to exempt themselves from issuing marriage license, not only to same sex couples but to all parties, as to not discriminate anyone. The LRC has determined in "the duties of the County Clerk", the Clerk may be exempted from selling other licenses, i.e....fishing and hunting license by applying with written notice to that department. I wanted to have the option, as a person who has deep moral conviction, to choose not to discriminate any party, by allowing a Clerk to apply for an exemption for the issuance of marriage licenses.

    As a constitutional officer, elected by the people I personally feel the Commonwealth's Constitution should be upheld. In 2004, by an overwhelming vote of 3 to 1 in favor of defining marriage as a union between one man and one woman (Kentucky Constitution Section 233A), should be upheld. This should be an electoral issue not judicial. I cannot ask my deputies to issue or be a party to "the implementation of a contentious societal philosophy change" (per Florida Clerk with the same view) If I myself would not.

    I know the deadline is close for the presentation of bills on the floor, but in light of the Supreme Court's decision to look at the issue in April, I feel it is imperative that we be ready to stand with our uncompromising convictions, holding strong to our morals, and beliefs.

    I beseech you to give thoughtful consideration to this matter, as it is of vital importance, not only to me, as a new Clerk, but to the Kentucky County Clerk's Association who has formed a formal committee to address this issue.

# DAVIS EXHIBIT 2

EXPIRATION: 07/15/15

392905

64/44

# Marriage License
Valid **ONLY** in the
Commonwealth of Kentucky

ROWAN COUNTY

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

Bride's Full Name
Current Residence
Groom's Full Name
Current Residence

**Bride**        **Groom**

Date of Birth (Age)
Place of Birth
Mother's Full Name (Including Maiden)
Father's Full Name
Condition (Single, widowed, divorced or annulled)
No. of Previous Marriages
Occupation
Race
Relationship to other party

We hereby certify the above information is true to the best of our knowledge.

(bride's signature)    (groom's signature)

Issued this __6__/__16__/__2015__ in the office of __KIM DAVIS__, __ROWAN COUNTY__
(mo.) (day) (year)    (name)    (county)

County Clerk, __MOREHEAD__, Kentucky by __BRIAN MASON__ (Bm) __DEPUTY CLERK__
(city)    (recorder's name)    (title)

*Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!*

# Marriage Certificate
(type or print with black ink ball-point pen only)

I do certify that: _____ and _____

Were united in marriage on the __27th__ day of __June__, at __Oakley (Bath County)__
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses name)

_____ and _____

Given under my hand this __27th__ day of __June__, __2015__.

_____, __Pastor__, of the _____
(Signature of person performing ceremony)    (title)    (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this __July__/__2__/__2015__ in the office of __Kim Davis__, __Rowan__
(mo.) (day) (year)    (clerk's name)    (county name)

County Clerk, in Marriage Book ____, page ____.

__Roberta H Earley__      __Deputy__ Clerk
(recorder's name)    (recorder's title)

Printed on: 7/8/2015 2:09 PM

# DAVIS EXHIBIT 3

# Marriage License

Valid **ONLY** in the
**Commonwealth of Kentucky**

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name _____
Current Residence _____
Second Party Full Name _____
Current Residence _____

|  | **First Party** | **Second Party** |
|---|---|---|
| Date of Birth (Age) | _____ | _____ |
| Place of Birth | _____ | _____ |
| Mother's Full Name (Including Maiden) | _____ | _____ |
| Father's Full Name | _____ | _____ |
| Condition (Single, widowed, divorced, annulled) | _____ | _____ |
| No. of Previous Marriages | _____ | _____ |
| Occupation | _____ | _____ |
| Race | _____ | _____ |
| Relationship to other party | _____ | _____ |

We hereby certify the above information is true to the best of our knowledge.

_____    _____
(First Party Signature)                         (Second Party Signature)

Issued this _____/_____/_____ in the office of _____, _____
            (mo.) (day) (year)                        (name)                        (county)
County Clerk, _____, Kentucky by _____, _____
              (city)                                  (recorder's name)          (title)

**Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!**

# Marriage Certificate

(type or print with black ink ball-point pen only)

I do certify that: _____ and _____
were united in marriage on the _____ day of _____, at, _____
Kentucky, under the authority of the above license and in the presence of (Please PRINT witnesses' names)
_____ and _____
Given under my hand this _____ day of _____, _____.

_____, _____, of the _____
(Signature of person performing ceremony)          (title)                (church, religion, or civil authority)

Note: Person failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this _____/_____/_____ in the office of _____, _____
              (mo.) (day) (year)                        (name)                     (county name)
County Clerk, in Marriage Book _____, page _____.

_____, _____ Clerk
(recorder's signature)          (recorder's title)

# Certificate of Marriage
To be delivered to parties married

**I do certify that:** _____ and _____

were united in marriage on the _____ day of _____, _____, at _____

Kentucky, under the authority of the above license and in the presence of
_____ and _____

**Given under my hand this** _____ day of _____, _____.

_____, _____, of the _____
(signature of person performing ceremony)        (Title)                          (Church, religion or civil authority)

# Marriage Consent

By authorization of KRS 402.020, I do hereby give my consent to the marriage

of _____,

my_____, to_____

Given under my hand this _____ of _____, _____
                                        (day)              (month)             (year)

_____
father/ mother/ legal custodian

_____
joint custodial parent, if applicable

Sworn before me this _____ day of _____, _____ in the office of

_____, _____ County Clerk.
(clerk's name)          (county)

_____, _____.
(recorder's name)        (recorder's title)

# DAVIS EXHIBIT 4



COMMONWEALTH OF KENTUCKY
OFFICE OF THE GOVERNOR

STEVEN L. BESHEAR
GOVERNOR

700 CAPITOL AVENUE
SUITE 100
FRANKFORT, KY 40601
(502) 564-2611
FAX: (502) 564-2517

June 26, 2015

Dear Kentucky County Clerks:

Today, the United States Supreme Court issued its decision regarding the constitutionality of states' bans on same-sex marriage. The Court struck down those laws, finding that they were invalid under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

As elected officials, each of us has taken an oath to uphold the Constitution of the United States and the Constitution of Kentucky. The Obergefell decision makes plain that the Constitution requires that Kentucky – and all states - must license and recognize the marriages of same-sex couples. Neither your oath nor the Supreme Court dictates what you must believe. But as elected officials, they do prescribe how we must act.

Effective today, Kentucky will recognize as valid all same sex marriages performed in other states and in Kentucky. In accordance with my instruction, all executive branch agencies are already working to make any operational changes that will be necessary to implement the Supreme Court decision. Now that same-sex couples are entitled to the issuance of a marriage license, the Department of Libraries and Archives will be sending a gender-neutral form to you today, along with instructions for its use.

You should consult with your county attorney on any particular aspects related to the implementation of the Supreme Court's decision. While there are certainly strongly held views on both sides of this issue, I know that Kentuckians are law-abiding people and will respect the rule of law. After all, the things that unite us as a people are much stronger than the things that divide us.

Thank you in advance for the valuable services you continue to render to the people of the Commonwealth.

Sincerely,

*[signature]*

Steven L. Beshear

Plaintiffs' Exh. 3



KentuckyUnbridledSpirit.com

An Equal Opportunity Employer M/F/D

# DAVIS EXHIBIT 5



600 West Main Street
Room 102
Morehead, KY 40351

**Kim Davis**
Rowan County Clerk

Office (606) 784-5212
Fax (606) 784-2923
http://rowancountyclerk.com

July 8, 2015

The Honorable Governor Steve Beshear
700 Capitol Avenue Suite 100
Frankfort, KY 40601

Dear Governor Beshear,

The recent *Obergefell* decision by the Supreme Court of the United States has not only impacted Kentucky's same sex marriage ban, but has put numerous County Clerks' moral and religious beliefs at odds with their current required duties. Many Clerks firmly believe that forcing County Clerk offices to issue same-sex marriage licenses when it is against their deeply held religious beliefs and traditions is a direct violation of the U.S. Constitution's First Amendment.

This dramatic and sudden change has caused some Clerks to go as far as to halt issuing marriage licenses to anyone rather than compromise their deeply held religious convictions. This position has ignited litigation and it is foreseeable that it may invite more lawsuits.

It appears the only timely and reasonable solution to this conflict is a legislative one. So for that reason, I respectfully request that you immediately call an extraordinary session of the General Assembly to address the issues that have been caused in this transition from traditional marriage being re-defined to include same-sex couples.

Legislators and Clerks of many political stripes working alongside other third parties have been drafting commonsense legislation that would modify Kentucky's marriage laws to satisfy the concerns of the majority of Clerks, while still abiding by the *Obergefell* ruling. It is my belief that our proposal could be passed by the General Assembly in an expedited timeframe of the absolute minimum of five days.

The potential cost to calling a special session is easily justified by the alleviation of future potential lawsuits and relieving the concerns of many County Clerks who serve their local communities. I ask that you not just consider the current litigation, but what litigation could be invited after the 2018 County Clerk elections are concluded, if the status quo is to remain in place.

Respectfully submitted,

*[signature]*

*"Thank you for the opportunity to serve Rowan County"*