UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 0:15-cv-00044-DLB

APRIL MILLER, et al.                                                                    PLAINTIFFS

V.              **MOTION TO REQUEST ORDER
            ALLOWING INTERVIEW OF KIM DAVIS**

KIM DAVIS, et al.                                                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

NBC News, a division of NBCUniversal Media, LLC ("NBCUniversal") has secured the permission of Defendant Kim Davis, and her counsel, to conduct an interview of Defendant Kim Davis, currently being held at the Carter County Detention Center. NBCUniversal has likewise received the permission of the Carter County Detention Center to conduct the interview inside the facility. Having been advised by the Clerk's Office that a motion is necessary to seek permission from this Court to conduct this interview, NBCUniversal now moves this Court for this relief. Given the nature of the request, NBCUniversal asks this Court to require any objections to this motion to be filed as soon as possible.

        Respectfully submitted,

        /s/ C. Timothy Cone
        C. Timothy Cone
        Stephen P. Stoltz
        GESS MATTINGLY & ATCHISON, P.S.C.
        201 West Short Street
        Lexington, Kentucky
        T: 859-252-9000
        F: 859-233-4269
        ctcone@gmalaw.com
        sstoltz@gmalaw.com
        *Counsel for NBCUniversal*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been electronically filed on this, the 8th day of September 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

                                    /s/ C. Timothy Cone
                                    C. Timothy Cone

S:\TCone\NBC\Motion to Request Order Allowing Interview.docx