UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL ACTION NO. 15-cv-044-DLB

APRIL MILLER, PH.D.; KAREN ANN ROBERTS;
SHANTEL BURKE; STEPHEN NAPIER;
JODY FERNANDEZ; KEVIN HOLLOWAY;
L. AARON SKAGGS; BARRY W. SPARTMAN;
and OTHERS SIMILARLY SITUATED                                    PLAINTIFFS

v.

KIM DAVIS, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS ROWAN
COUNTY CLERK; and ROWAN
COUNTY KENTUCKY                                                 DEFENDANTS


and          **MOTION TO DISMISS THIRD-PARTY COMPLAINT**


KIM DAVIS                                          THIRD-PARTY PLAINTIFF

v.

STEVEN L. BESHEAR, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF KENTUCKY; and
WAYNE ONKST, IN HIS OFFICIAL CAPACITY
AS STATE LIBRARIAN AND COMMISSIONER
OF KENTUCKY DEPARTMENT FOR
LIBRARIES AND ARCHIVES                              THIRD-PARTY DEFENDANTS

***      ***      ***      ***      ***

Come the third-party defendants Steven L. Beshear, in his official capacity as

Governor of Kentucky, and Wayne Onkst, in his official capacity as State Librarian and

Commissioner of Kentucky Department for Libraries and Archives (collectively "Third-

Party Defendants"), by counsel, and pursuant to Federal Rule of Civil Procedure

12(b)(6), respectfully move the Court to dismiss the Third-Party Complaint (D.E. 34).  In

support of this motion, the Third-Party Defendants rely upon the Memorandum of Law filed herewith.

Accordingly, the Third-Party Defendants respectfully request entry of an Order granting this motion and dismissing the Third-Party Complaint (D.E. 34).

Respectfully submitted,

STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
(859) 231-3000
(859) 253-1093 facsimile

By: /s/ Palmer G. Vance II
     William M. Lear, Jr.
     Palmer G. Vance II

COUNSEL FOR THIRD-PARTY
DEFENDANTS GOVERNOR
STEVEN L. BESHEAR AND
COMMISSIONER WAYNE ONKST
IN THEIR OFFICIAL CAPACITIES

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing with the Court's ECF system on the 8th day of September 2015, which simultaneously serves a copy to the following via electronic mail:

Daniel J. Canon
Laura E. Landenwich
Leonard Joe Dunman
CLAY DANIEL WALTON ADAMS, PLC
dan@dancanonlaw.com
laura@justiceky.com
joe@justiceky.com
COUNSEL FOR PLAINTIFFS

William Ellis Sharp
ACLU OF KENTUCKY
sharp@aclu-ky.org
COUNSEL FOR PLAINTIFFS

Anthony Charles Donahue
DONAHUE LAW GROUP, PSC
acdonahue@donahuelawgroup.com
COUNSEL FOR KIM DAVIS

Roger K. Gannam
Jonathan D. Christman
LIBERTY COUNSEL
rgannam@lc.org
jchristman@lc.org
COUNSEL FOR KIM DAVIS

Cecil R. Watkins
ROWAN COUNTY ATTORNEY
cwatkins@prosecutors.ky.gov
COUNSEL FOR DEFENDANT
ROWAN COUNTY KENTUCKY

Jeffrey C. Mando
Claire E. Parsons
ADAMS, STEPNER, WOLTERMANN & DUSING, PLLC
cparsons@aswdlaw.com
jmando@aswdlaw.com
COUNSEL FOR DEFENDANT
ROWAN COUNTY KENTUCKY

/s/ Palmer G. Vance II
COUNSEL FOR THIRD-PARTY
DEFENDANTS GOVERNOR
STEVEN L. BESHEAR AND
COMMISSIONER WAYNE ONKST
IN THEIR OFFICIAL CAPACITIES