## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | | |
|---|---|---|
| **APRIL MILLER, ET AL.,** | : | |
| | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **0:15-CV-00044-DLB** |
| | : | |
| **KIM DAVIS, ET AL.,** | : | **DISTRICT JUDGE** |
| | : | **DAVID L. BUNNING** |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **KIM DAVIS,** | : | |
| | : | |
| **Third-Party Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STEVEN L. BESHEAR, in his official** | : | |
| **capacity as Governor of Kentucky, and** | : | |
| **WAYNE ONKST, in his official capacity** | : | |
| **as State Librarian and Commissioner,** | : | |
| **Kentucky Department for Libraries and** | : | |
| **Archives,** | : | |
| | : | |
| **Third-Party Defendants.** | : | |
| | : | |

## EMERGENCY MOTION FOR IMMEDIATE CONSIDERATION AND
## MOTION TO STAY SEPTEMBER 3, 2015 INJUNCTION ORDER PENDING APPEAL

Pursuant to Local Rule 7.1 and Federal Rule of Appellate Procedure 8(a)(1), Defendant/Third-Party Plaintiff Kim Davis ("Davis"), by and through her undersigned counsel, hereby moves on an expedited basis for this Court to enter a stay of the September 3, 2015 injunction order (D.E. 74) pending appeal of that order to the Sixth Circuit. **Because this matter has been fully briefed in the Sixth Circuit, Davis asks this Court for an expedited decision on**

**her stay motion**. In support thereof, Davis incorporates by reference the memorandum of law that is attached to this Motion, and her prior briefing on this same motion to the Sixth Circuit.

Davis originally filed this motion in the Sixth Circuit on September 11, 2015 based in large part upon this Court's consideration of the request for an expanded injunction without notice and its remarks at the September 3, 2015 hearing, including: "We'll just include that [the order expanding the original injunction] as part of the appeal. . . . **And the Sixth Circuit can certainly decide if that's appropriate**." D.E.78, Contempt Hr'g, PgID 1580-81 (emphasis added). Based upon the district court's actions and foregoing statements, Davis understood a motion for a stay of the expanded injunction to be "impracticable" under Federal Rule of Appellate Procedure 8(a)(1), and sought relief from the Sixth Circuit.[1] An expedited briefing schedule was set on this motion in the Sixth Circuit. On September 15, 2015, Plaintiffs and the Third-Party Defendants filed response briefs to Davis' emergency motion for a stay of the expanded injunction.[2] On September 16, 2015, Davis filed her reply brief.[3] On September 17, 2015, the Sixth Circuit denied Davis' motion for a stay because Davis "has not sought a stay pending appeal in the district court as required by Federal Rule of Appellate Procedure 8(a)(1)," and concluded that it would not be impracticable for Davis to move this Court for a stay pending appeal.[4]

Accordingly, Davis now moves this Court for immediate and expedited consideration of her Motion to Stay this Court's September 3, 2015 injunction order. As noted above, the matter is already substantively briefed by the parties. *See* Exs. A-D. Therefore, Davis asks for an expedited decision from this Court on her Motion.

---

[1]     A copy of Davis' Motion to Stay filed in the Sixth Circuit (without exhibits) is attached as Exhibit "A."

[2]     A copy of the Plaintiffs' and Third-Party Defendants' response briefs are attached as Exhibits "B" and "C," respectively.

[3]     A copy of Davis' reply brief in support of the Motion to Stay is attached as Exhibit "D."

[4]     A copy of the Sixth Circuit's order dated September 17, 2015 is attached as Exhibit "E."

WHEREFORE, Defendant/Third-Party Plaintiff Kim Davis respectfully requests that this Court enter an order staying its September 3, 2015 injunction order pending appeal, in the form of the proposed order attached hereto.

DATED: September 18, 2015

Respectfully submitted:

A.C. Donahue
Donahue Law Group, P.S.C.
P.O. Box 659
Somerset, Kentucky 42502
Tel: (606) 677-2741
Fax: (606) 678-2977
ACDonahue@DonahueLawGroup.com

/s/ Jonathan D. Christman
Horatio G. Mihet
Roger K. Gannam
Jonathan D. Christman
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
Tel: (800) 671-1776
Fax: (407) 875-0770
hmihet@lc.org
rgannam@lc.org
jchristman@lc.org

*Attorneys for Defendant/Third-Party Plaintiff Kim Davis*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF

filing system and therefore service will be effectuated by the Court's electronic notification system

upon all counsel or parties of record:

Daniel J. Canon
L. Joe Dunman
Laura E. Landenwich
CLAY DANIEL WALTON ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202
dan@justiceky.com
joe@justiceky.com
laura@justiceky.com

William Ellis Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
sharp@aclu-ky.org

*Attorneys for Plaintiffs*

Jeffrey C. Mando
Claire Parsons
ADAMS, STEPNER, WOLTERMANN &
DUSING, PLLC
40 West Pike Street
Covington, KY 41011
jmando@aswdlaw.com
cparsons@aswdlaw.com

*Attorneys for Defendant Rowan County*

William M. Lear, Jr.
Palmer G. Vance II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380
william.lear@skofirm.com
gene.vance@skofirm.com

*Attorneys for Third-Party Defendants Steven
L. Beshear, Governor of Kentucky, and
Wayne Onkst, State Librarian and
Commissioner for Kentucky Department for
Libraries and Archives*

DATED: September 18, 2015

/s/ Jonathan D. Christman
Jonathan D. Christman
*Attorney for Defendant/Third-Party Plaintiff
Kim Davis*