UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 0:15-cv-00044-DLB

APRIL MILLER, et al.                                                                   PLAINTIFFS

V.                                          **NOTICE OF FILING**

KIM DAVIS, et al.                                                                      DEFENDANTS

Per the Courts order dated 9/8/2015, Kim Russell, Deputy Clerk at the Rowan County Clerks office hereby files the following status update. The undersigned counsel having conversed with Mrs. Russell, hereby states that she has thus far not issued any marriage licenses. Deputy Clerk Brian Mason has voluntarily taken on this responsibility and has continued to do so as of Friday the 18th of September, 2015.

The undersigned counsel would state that he traveled to the Rowan County Clerks office on 9/18/2015 to meet with Deputy Clerk Kim Russell, and the Rowan County Clerks office was closed for training. But the undersigned counsel was able to make contact with Deputy Clerk Kim Russell on Saturday, the 19th of September, 2015, and get an update of the situation at that time.

Respectfully Submitted,

JOY LAW OFFICE

  s/ Sebastian M. Joy
Sebastian M. Joy, Esq.
Counsel for Kim Russell
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia

## **CERTIFICATEOFSERVICE**

      This is to certify that a true and correct copy of the foregoing has been electronically filed on this, the 21st day of September, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

         __s/ Sebastian M. Joy_____
         Counsel for Kim Russell