```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                         ASHLAND DIVISION
                    CASE NO. 15-CV-0044-DLB
```

APRIL MILLER, et al.,                                    PLAINTIFF(S)

VS.

KIM DAVIS, et al.,                                       DEFENDANT(S)

**NOTICE**

Comes now the Hon. Andy Markelonis, counsel for Defendant Melissa Thompson, having previously been appointed to represent her in the above-styled action pursuant to the Court's Order of September 8, 2015, hereby submits the following report.

Ms. Thompson informs the undersigned that, to date, Mr. Brian Mason has issued the appropriate marriage licenses pursuant to the Court's previously issued Orders herein. Ms. Thompson further states that, by mutual agreement of the deputy clerks employed by the Rowan County (KY) Clerk's Office, Mr. Mason will issue those licenses; however, Ms. Thompson agrees (as do the other deputies) to issue said marriage licenses if called upon to do so, as she previously testified to before the Court. As of this filing, Ms. Thompson has not personally witnessed any difficulties in the issuing of marriage licenses at the Rowan County Clerk's office.

```
                                /s/Andy Markelonis_____
                                ANDY MARKELONIS
                                P.O. Box 464
                                2708 Louisa Street
                                Catlettsburg, KY   41129
                                (606) 739-8616
                                Fax: (606) 405-0052
```

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the following via the CM/ECF filing system:

Counsel of Record

This the 21st day of September, 2015.


/s/Andy Markelonis_____
ANDY MARKELONIS