UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
CASE NO. 15-CV-00044-00

MILLER, et al.,                                              PLAINTIFF

V.

DAVIS, et al.,                                               DEFENDANT

STATUS REPORT

Comes now the Hon. Michael B. Fox, appointed CJA counsel for Kristy Plank, (previous court documents have identified Mrs. Plank as "Crissy"), Rowan County Deputy Clerk and hereby submits the following status report pursuant to the Court's order of September 7, 2015:

Counsel and Mrs. Plank have had regular contact with one another since September 7, 2015. Mrs. Plank's primary duties are to file motor vehicle documents and assist motor vehicle dealers. To date, Mrs. Plank has not been called upon to issue any marriage licenses and therefore has not done so. Mrs. Plank reported to counsel that the marriage license form utilized by the Rowan County Clerk's Office was altered after Defendant Davis was released from incarceration and prior to the issuance of any marriage licenses.

As of this filing, Mrs. Plank reports that, to the best of her knowledge, all requests for marriage licenses requested by legally qualified couples have been issued. The only denial of a marriage license application that has occurred within the last two weeks was to a gentleman who stated that he wanted a license that would permit him to marry "Jesus". When it was explained to the individual that both parties had to be

present, he stated, "Jesus is always present". After being denied, the gentleman returned later and presented a type of Power of Attorney document issued by his church granting him authority to sign "Jesus'" name. Since both parties were not present these requests were denied.

  WHEREFORE, on behalf of Mrs. Kristy Plank, counsel respectfully request that the above status report be accepted by the Court.

Respectfully Submitted,

/s/ Michael B. Fox_____
Michael B. Fox
Fox Law Office
P.O. Box 1450
Olive Hill, KY 41164
(606) 286-5351
(606) 286-5352 (fax)
mike@foxlaw1.com
Counsel for Defendant
Kristy Plank

CERTIFICATE OF SERVICE

  I hereby certify that on September 21, 2015, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael B. Fox_____