UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
NORTHERN DIVISION
CASE NO. 15-CV-00044

MILLER, et al.,                                                              PLAINTIFF

VS.

DAVIS, et al.,                                                               DEFENDANT

NOTICE

Comes now the Hon. Jeremy L. Clark, CJA counsel for the Defendant Roberta Earley, and pursuant to the order of September 8, 2015, makes the following report:

Ms. Earley informs me and the record confirms such, that Brian Mason has issued the appropriate marriage licenses to eligible same-sex couples pursuant to the Court's Order. Mr. Davis is the only deputy clerk issuing the licenses currently pursuant to a mutual agreement between all the deputy clerks. All other deputy clerks are ready to issue marriage licenses in his absence in compliance with the Court's Order if necessary.

                                                                Respectfully submitted,

                                                                /s/ Jeremy L. Clark
                                                                _____
                                                                Hon. Jeremy L. Clark
                                                                2706 Louisa Street
                                                                P.O. Box 532
                                                                Catlettsburg, KY 41129
                                                                (606) 739-6774
                                                                Fax (606) 739-9125

CERTIFICATION

The above styled Notice of Filing was served on all appropriate parties herein via the electronic filing system.

This the 21 day of September, 2015.

/s/ Jeremy L. Clark
_____
Hon. Jeremy L. Clark