# EXHIBIT 1

EXPIRATION: 10/13/15                                                                                     69

# Marriage License

Valid **ONLY** in the
Commonwealth of Kentucky

To Any Person or Religious Society Qualified to Perform Marriages per KRS 402.050: You are hereby authorized to join together in the state of matrimony, according to the laws of the Commonwealth of Kentucky

First Party Full Name    ~~CARMEN MARIE COLLINS~~
Current Residence
Second Party Full Name   ~~SHANNON OCEANA WAMPLER-COLLINS~~
Current Residence

|  | **First Party** | **Second Party** |
|---|---|---|
| Date of Birth (Age) | | |
| Place of Birth | | |
| Mother's Full Name (Including Maiden) | | |
| Father's Full Name | | |
| Condition (Single, widowed, divorced, annulled) | | |
| No. of Previous Marriages | | |
| Occupation | | |
| Race | | |
| Relationship to other party | | |

We hereby certify the above information is true to the best of our knowledge.

_____        _____
       First Party Signature                     Second Party Signature

Issued this __9__ / __14__ / __2015__ ~~by the office of~~ Pursuant to Federal Court Order #15-CV-44 DLB
              (mo.)     (day)      (year)                                 (name)                               (county)

~~County Clerk~~ __Morehead__ , Kentucky by __BRIAN MASON__ (pm) , __Notary Public__
                    (city)                              (recorder's name)                    my comm (title) exp _____

*Note: License valid for 30 days only, including the date it is issued, per KRS 402.105!*

# Marriage License

(type or print with black ink ball-point pen only)

I do certify that: _____ and _____

were united in marriage on the _____ day of _____ , at _____
Kentucky, under the authority of the above license and in the presence of (Please **PRINT** witnesses' names)

_____ and _____

Given under my hand this _____ day of _____ , _____ .

_____ , _____ , of the _____
(Signature of person performing ceremony)      (title)                    (church, religion, or civil authority)

Note: Persons failing to return this Certificate to the Clerk of the County in which it was issued within one month shall be guilty of a violation per KRS 402.990(11).

Recorded this _____ / _____ / _____ in the office of _____ , _____
                  (mo.)    (day)   (year)                          (clerk's name)              (county name)

County Clerk, in Marriage Book _____ , page _____ .

_____ , _____ Clerk
         (recorder's name)                           (recorder's title)