UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
NORTHERN DIVISION
CASE NO. 15-CV-00044

MILLER, et al.,                                                                                              PLAINTIFF

VS.

DAVIS, et al.,                                                                                                DEFENDANT

AMENDED NOTICE OF STATUS REPORT

Comes now the Hon. Jeremy L. Clark, CJA counsel for the Defendant Roberta Earley, and pursuant to the order of September 8, 2015, makes the following amended report:

The previous report incorrectly stated that Mr. Davis was the only deputy clerk issuing marriage licenses. As a result, this amended report is filed to correct the record to prevent any confusion.

Ms. Earley informs me and the record confirms such, that Brian Mason has issued the appropriate marriage licenses to eligible same-sex couples pursuant to the Court's Order. Mr. Mason is the only deputy clerk issuing the licenses currently pursuant to a mutual agreement between all the deputy clerks. All other deputy clerks are ready to issue marriage licenses in his absence in compliance with the Court's Order if necessary.

Respectfully submitted,

/s/ Jeremy L. Clark
_____
Hon. Jeremy L. Clark
2706 Louisa Street
P.O. Box 532
Catlettsburg, KY 41129

(606) 739-6774
Fax (606) 739-9125

CERTIFICATION

The above styled Notice of Filing was served on all appropriate parties herein via the electronic filing system.

This the 24th day of September, 2015.

/s/ Jeremy L. Clark
_____
Hon. Jeremy L. Clark