UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
NORTHERN DIVISION
CASE NO. 15-CV-00044-003

MILLER, et al.,                                                                                                  PLAINTIFF,

VS.

DAVIS, et al.,                                                                                                   DEFENDANT.

NOTICE

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Brian Mason, and CJA having been appointed to represent him in the above styled matter, pursuant to the order of September 8, 2015, makes the following report.

To counsel's knowledge and on behalf of his client, Brian Mason, that the matter has remained status quo and marriage licenses are still being issued as needed.

RESPECTFULLY SUBMITTED,

/s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Counsel of record

This the 6th day of October, 2015.

/s/Richard A. Hughes
HON. RICHARD A. HUGHES