UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
NORTHERN DIVISION
CASE NO. 15-CV-00044

MILLER, et al.,                                                                                          PLAINTIFF

VS.

DAVIS, et al.,                                                                                            DEFENDANT

NOTICE

Comes now the Hon. Jeremy L. Clark, CJA counsel for the Defendant Roberta Earley, and pursuant to the order of October 6, 2015, makes the following report:

Ms. Earley informs the undersigned counsel marriage licenses continue being issued and everything remains the same as her previous status report filings.

                                      Respectfully submitted,

                                      /s/ Jeremy L. Clark
                                      _____
                                      Hon. Jeremy L. Clark
                                      2706 Louisa Street
                                      P.O. Box 532
                                      Catlettsburg, KY 41129
                                      (606) 739-6774
                                      Fax (606) 739-9125

CERTIFICATION

The above styled Notice of Filing was served on all appropriate parties herein via the electronic filing system.

This the 4th day of November, 2015.

/s/ Jeremy L. Clark
_____
Hon. Jeremy L. Clark