UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 15-44-DLB**

**APRIL MILLER, et al.**                                                                            **PLAINTIFFS**

**vs.**                                          <u>**ORDER**</u>

**KIM DAVIS, individually and
in her official capacity, et al.**                                    **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On July 13, 2015, the United States Court of Appeals for the Sixth Circuit entered an Order granting Appellant Kim Davis' Motion to Dismiss for Lack of Jurisdiction (Doc. # 179). In that Motion, Davis noted that Kentucky Senate Bill 216 ("SB 216"), which removes the name of the County Clerk from marriage license forms, would take effect before the Sixth Circuit was scheduled to hear oral argument in the case. Davis suggested, and Appellees agreed, that the implementation of SB 216 would render the consolidated appeals moot. Accordingly, the Sixth Circuit dismissed the appeal and remanded the matter to the Court "with instructions to vacate its August 12, 2015 preliminary injunction order and its September 3, 2015 order modifying that injunction."[1] (*Id.*). The mandate having now issued (Doc. # 180), and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the Court's Order of August 12, 2015 (Doc. # 43), granting Plaintiffs' Motion for Preliminary Injunction, and the Court's Order of September 3, 2015,

---

1) The Sixth Circuit noted that the Court's September 3, 2015 contempt order "does not meet the requirements for vacatur under *Munsingwear* and its progeny, and it is therefore not vacated." (Doc. # 179).

1

modifying the injunction (Doc. # 74) be, and are, hereby **VACATED**.

This 18th day of August, 2016.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Ashland Civil\2015\15-44 Order Vacating Injunction Post 6CCA Remand.wpd