UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

                Plaintiffs,

v.

KIM DAVIS, *et al.*,

                Defendants.

Case No. 0:15-cv-00044-DLB

***Electronically filed***

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Pursuant to 42 U.S.C. § 1988, Plaintiffs, by counsel, move for an award of attorneys' fees and costs in the amount of $233,058.08. This amount includes $231,050.00 for the attorneys' fees generated from July 1, 2015 through September 14, 2016, and $2,008.08 for the costs incurred during that time.

In support of their request, Plaintiffs tender the accompanying memorandum of law, supporting exhibits, and proposed order.

1

Respectfully submitted,

s/ William E. Sharp

| | |
|---|---|
| Daniel J. Canon<br>Laura E. Landenwich<br>L. Joe Dunman<br>CLAY DANIEL WALTON & ADAMS, PLC<br>462 South Fourth Street<br>Suite 101<br>Louisville, KY 40202<br>(502) 561-2005<br>ACLU OF KENTUCKY Cooperating<br>    Attorneys<br>dan@justiceky.com<br>laura@justiceky.com<br>joe@justiceky.com<br><br>Daniel Mach*<br>Heather L. Weaver*<br>AMERICAN CIVIL LIBERTIES UNION<br>    FOUNDATION<br>915 15th Street NW<br>Washington, DC  20005<br>(202) 675-2330<br>dmach@aclu.org<br><br>* Admitted *pro hac vice* | William E. Sharp<br>Legal Director<br>ACLU OF KENTUCKY<br>315 Guthrie Street, Suite 300<br>Louisville, KY 40202<br>(502) 581-9746<br>sharp@aclu-ky.org<br><br>Ria Tabacco Mar*<br>James D. Esseks*<br>AMERICAN CIVIL LIBERTIES UNION<br>    FOUNDATION<br>125 Broad Street<br>New York, NY 1004<br>(212) 549-2627<br>rmar@aclu.org<br>jesseks@aclu.org<br><br><br><br><br><br><br><br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on September 19, 2016, I filed this motion and accompanying proposed order with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeffrey C. Mando
Claire E. Parsons
Cecil Watkins
jmando@aswdlaw.com
cparsons@aswdlaw.com
cwatkins@prosecutors.ky.gov

*Counsel for Rowan County*


Anthony C. Donahue
Roger Gannam
acdonahue@donahuelawgroup.com
rgannam@lc.org

*Counsel for Kim Davis*

s/ Heather L. Weaver
*Counsel for Plaintiffs*
