UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| APRIL MILLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIM DAVIS, *et al.*, <br><br> Defendants. | Case No. 0:15-cv-00044-DLB <br><br> *Electronically filed* |

### DECLARATION OF GREGORY A. BELZLEY

Gregory A. Belzley makes the following declaration under 28 U.S.C. § 1746:

1. My name is Gegory A. Belzley. I am currently a partner at BelzleyBathurst Attorneys in Prospect, Kentucky. I have previously been a partner in the Louisville law firms of Woodward, Hobson & Fulton, Brown Todd & Heyburn (later Frost Brown Todd), and Dinsmore & Shohl. In 2009, I started my own practice concentrating in the area of civil rights in general, and inmates' rights, police misconduct, and abuse of power, in particular.

2. I graduated from the University of Texas School of Law with honors in 1980 and have been engaged in the practice of law continuously since that time. I am a member in good standing of the Bars of Texas and Kentucky, and am admitted to practice before the federal courts of Texas and Kentucky, the United States Circuit Courts of Appeal for the First, Fifth and Sixth Circuits, and the United States Supreme Court. In the course of my legal career, I have been involved in virtually all types of civil litigation, and have worked with lawyers throughout the country. I have participated and been consulted in complex litigation, and have twice had verdicts that received national attention.

3. I have been engaged in inmates' rights litigation at least part-time since 1986, and full-time since 2009. I am experienced in civil rights litigation, and have been lead counsel in five (5) prior civil rights class actions, one (1) that is ongoing, and three (3) in which the court has not yet granted certification.

4. I am a frequent writer and lecturer on Fourth, Eighth and Fourteenth Amendment Rights and class actions. I have given numerous seminars (including three nationwide internet-based seminars) on jail litigation. I was an instructor at the American Bar Association Torts and Insurance Practice Section Trial Academy in Reno, Nevada in 2004, and in May 2008, co-chaired and instructed at the KJA Trial College at the University of Kentucky. In 2014, I spoke on a damages panel at the Loyola Prisoners' Advocates Conference in New Orleans, and am scheduled to speak on a medical panel at another Inmates' Rights Litigation Conference at the University of California Los Angeles on September 24, 2016.

5. I have reviewed the materials submitted by William E. Sharp, Daniel J. Canon, Laura Landenwich, L. Joe Dunman, Ria T. Mar, James Esseks, Dan Mach and Heather Weaver (collectively "the Attorneys") in support of their request for an award of attorneys' fees and costs in this matter. I am familiar with the Attorneys' work in this case and the result they achieved. In addition:

- Given my experience as a partner in major Louisville law firms, and my connections with law firms and civil rights practitioners across the country, I am familiar not only with rates charged locally by attorneys with the experience of the petitioners in this case, but rates charged by lawyers in other major markets, such as Chicago, Los Angeles, Houston, Atlanta, New York City, and Washington, DC.

- I was local counsel for the plaintiffs in *Adams, et al. v. Commonwealth of Kentucky*, et al., Case No. 3:14-cv-001 (E.D.Ky. at Frankfort), class action litigation in which, a year ago, the plaintiffs secured accommodations for prisoners in Kentucky penal institutions who are either deaf or hard-of-hearing. In that case, I co-counseled with the Washington Lawyers' Committee for Civil Rights & Urban Affairs and the Washington, DC office of

Weil, Gotshal & Manges, LLP, and became familiar with the then-prevailing rates customarily charged by both non-profit civil rights counsel and law firms in the DC area.

- Finally, as a civil rights lawyer myself, I understand not only the risks inherent in such litigation, but the emotional toll of representing plaintiffs in litigation that may be unpopular with the public at large. As a friend of Mr. Canon, Ms. Landenwich, and Mr. Dunman, I am personally familiar with the personal threats they received (and continue to receive) as a consequence of their involvement in high-profile litigation that was deeply unpopular with some parts of Kentucky's citizenry, despite the clarity of the constitutional rights in issue.

6. Having reviewed petitioners' rates, and based upon the experience I have detailed above, it is my opinion that petitioners' rates are fair and reasonable in the markets in which they practice, and given their relative expertise.

Declared under penalty of perjury on September 19, 2016.

_____
Gregory A. Belzley