UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| APRIL MILLER, *et al.*, | |
| Plaintiffs, | Case No. 0:15-cv-00044-DLB |
| v. | ***Electronically filed*** |
| KIM DAVIS, *et al.*, | |
| Defendants. | |

## DECLARATION OF WILLIAM E. SHARP

William E. Sharp makes the following declaration under 28 U.S.C. § 1746:

1.      My name is William E. Sharp.  I am co-counsel for the Plaintiffs in this case.

2.      I received my undergraduate degree from Transylvania University in 1992 and my law degree from Washington & Lee University School of Law in 1999.  I have been admitted to practice law in Kentucky since October, 1999 and I have actively practiced law in Kentucky since April, 2000.

3.      I am a member in good standing of the Kentucky Bar Association.  I am admitted to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

4.      From 2000 to 2006, I practiced law as a criminal defense trial attorney in the Louisville Metro Public Defender's Adult Trial Division.  In that capacity, I represented adult indigent clients accused of misdemeanor and felony crimes in Jefferson County District and Circuit courts.  I acted as lead counsel in approximately twenty felony jury trials in various

Divisions of Jefferson Circuit Court. I also served as a Deputy Division Chief and ultimately as a Division Chief in the Adult Trial Division where I supervised, trained, and evaluated junior staff attorneys.

5.     From 2006 to 2007, I served as the Directing Attorney of the Department of Public Advocacy's Elizabethtown office where I represented adult indigent clients accused of criminal offenses in Hardin, Hart, Grayson, Meade and Larue counties. In addition, I supervised the daily operations of the office and its personnel. I acted as lead counsel in one felony jury trial in Hardin Circuit Court.

6.     I have been continuously employed by the American Civil Liberties Union of Kentucky since May, 2007, first as a staff attorney and now as the Legal Director. In those capacities, I have actively participated in ongoing federal civil rights litigation by conducting depositions, researching issues relating to constitutional law and civil litigation, drafting legal memoranda, pleadings, and appellate briefs, conducting oral arguments in state and federal appellate courts, and conducting factual investigations into allegations of civil rights violations throughout the Commonwealth.

7.     I have lectured at various events on issues relating to constitutional law and individual liberties. I also served as a trainer of junior personnel on a variety of criminal defense topics such as eyewitness identification, cross-examination, witness preparation, Fourth Amendment jurisprudence, jury selection, expert witnesses and case investigation.

8.     I am a past chair of the Louisville Bar Association's Criminal Law and Public Interest Sections, and a past member of the Brandeis Inn of Court. I am a graduate of the Louisville Bar Association's Leadership Academy.

9.     I maintained contemporaneous records of work I performed on this case.  Those records show I spent 230.5 hours on the case through September 14, 2016.  I have attached to my declaration an itemized statement of those hours and costs.  This statement accurately reflects my work in this case.

10.    I have sought, and received, attorney fees under federal fee-shifting statutes in other cases.  Hourly rates obtained in contested fee cases include:

a)     In the Eastern District of Kentucky (*Brown, et al. v. LRC, et al.*, Case No. 2:13cv068) (memorandum opinion and order, July 28, 2014) (contested fee decision accepting Magistrate's finding that hourly rate of $275 for Sharp reasonable in voting rights case).

b)     In the Eastern District of Kentucky (*ACLU of Kentucky, et al. v. McCreary County, Kentucky, et al.*, 6:99-CV-507-JBC (memorandum opinion and order, May 17, 2011) (contested fee decision awarding Sharp $200 per hour and noting that more than twice that hourly rate likely within the range of reasonable fees charged in Eastern District of Kentucky for attorneys with comparable skill and experience).

c)     In the Western District of Kentucky (*Alexander M. Say v. John Adams, et al.*, 3:07-CV-377-R) (memorandum opinion and order, March 25, 2009) (contested fee decision awarding Sharp $180 per hour)

d)     In the Eastern District of Kentucky (*ACLU of Kentucky, et al. v. McCreary County, Kentucky, et al.*, 6:99-CV-507-JBC (memorandum opinion and order, March 16, 2009) (contested fee decision awarding Sharp $180 per hour); and

e)     In the Western District of Kentucky (*ACLU of Kentucky, et al. v. Grayson County, Kentucky, et al.*, 4:01-CV-202-JHM (memorandum opinion and order, November 26,

2008) (contested fee decision awarding me $180 per hour) *rev'd on other grounds* 591 F.3d 837

(6th Cir. 2010).

       Declared under penalty of perjury on September 14, 2016.


                                           /s/ William E. Sharp
                                         William E. Sharp
                                         Legal Director
                                         ACLU of Kentucky
                                         315 Guthrie Street, Suite 300
                                         Louisville, Kentucky 40202
                                         (502) 581-9746
                                         (502) 589-9687 (fax)
                                         sharp@aclu-ky.org
                                         Co-Counsel for Plaintiffs

**Miller v. Davis**
**W.Sharp time**

| Date | Time | Description |
|------|------|-------------|
| 7/1/2015 | 5.00 | Travel to Rowan Co.; mtg.; return travel from Rowan Co. |
| 7/1/2015 | 1.00 | Draft/edit complaint |
| 7/1/2015 | 2.50 | Draft/edit complaint/PI motion |
| 7/1/2015 | 2.00 | Draft/edit complaint/PI motion |
| 7/1/2015 | 1.50 | Draft/edit complaint/PI motion |
| 7/1/2015 | 0.10 | Email to coop. attys |
| 7/2/2015 | 0.50 | Draft/edit class cert. papers |
| 7/2/2015 | 1.00 | Draft/edit class cert. papers |
| 7/2/2015 | 0.50 | Conf. call w/ co-counsel |
| 7/2/2015 | 1.00 | Edit PI papers |
| 7/2/2015 | 0.50 | Edit complaint |
| 7/2/2015 | 0.20 | convert/file papers |
| 7/11/2015 | 1.00 | PI hrg. Prep |
| 7/11/2015 | 0.50 | PI hrg. Prep |
| 7/11/2015 | 1.00 | PI hrg. Prep |
| 7/11/2015 | 0.50 | PI hrg. Prep |
| 7/12/2015 | 1.20 | Client mtg. - Fernandez/Holloway |
| 7/12/2015 | 0.90 | Client mtg. - Miller/Roberts |
| 7/12/2015 | 0.90 | Client mtg. - Spartment/Skaggs |
| 7/12/2015 | 1.00 | PI hrg. Prep; exhibits; argument; research |
| 7/12/2015 | 0.70 | PI hrg. Prep |
| 7/12/2015 | 1.00 | PI hrg. Prep |
| 7/12/2015 | 3.50 | Travel to Ashland, KY |
| 7/13/2015 | 1.20 | PI hrg. Prep |
| 7/13/2015 | 0.70 | PI hrg. Prep |
| 7/13/2015 | 0.50 | PI hrg. Prep |
| 7/13/2015 | 0.50 | PI hrg. Prep |
| 7/13/2015 | 0.70 | mtg. w/ clients |
| 7/13/2015 | 2.50 | Hrg/mtg with opposing counsel and judge |
| 7/13/2015 | 0.50 | Mtg. w/ clients |
| 7/13/2015 | 3.00 | Return travel from Ashland, KY |
| 7/14/2015 | 0.10 | email w/ co-counsel |
| 7/15/2015 | 0.10 | email w/ co-counsel |
| 7/16/2015 | 0.10 | Conf. w/ J. Mando re: hrg. |
| 7/17/2015 | 0.80 | Mtg. w/ co-counsel re: PI hrg/litigation plan |
| 7/19/2015 | 1.50 | Travel to Covington, KY |
| 7/20/2015 | 1.50 | Prep for PI hrg. |
| 7/20/2015 | 1.00 | Prep for PI hrg.; discussion w/ co-counsel |
| 7/20/2015 | 2.50 | PI hrg/client mtg. |
| 7/20/2015 | 1.50 | Return travel from Covington, KY |
| 7/21/2015 | 0.10 | Review RE#25 |
| 7/23/2015 | 0.50 | Review xcript |
| 7/23/2015 | 0.10 | Submitted check for copy of xcript |
| 7/27/2015 | 0.10 | emailed xcript to co-counsel |
| 7/27/2015 | 0.10 | submitted check req. for service of process |
| 7/29/2015 | 0.20 | Review RE #27 |
| 7/29/2015 | 0.10 | Emailed co-counsel re: class cert./ case status |
| 7/30/2015 | 0.70 | Review Cty. Response to PI motion |
| 7/30/2015 | 1.00 | Review Davis Response to PI motion |
| 7/30/2015 | 0.20 | Client call |
| 7/31/2015 | 0.50 | Draft reply |
| 7/31/2015 | 1.00 | Draft reply |
| 7/31/2015 | 0.10 | Review RE #30 |
| 7/31/2015 | 1.30 | Draft outline of section re: RE #30 |
| 7/31/2015 | 1.20 | Draft reply/legal research |
| 7/31/2015 | 0.70 | Draft reply/legal research |
| 7/31/2015 | 0.50 | Draft reply/legal research |
| 7/31/2015 | 0.10 | Email draft to co-counsel |
| 7/31/2015 | 1.00 | Draft reply |
| 8/2/2015 | 1.50 | Review/draft/edit class cert. papers; file class cert. papers |
| 8/3/2015 | 1.00 | Draft reply; legal research |
| 8/3/2015 | 1.50 | Draft reply; legal research |
| 8/4/2015 | 1.50 | Draft reply |
| 8/4/2015 | 1.00 | Draft reply |

| | | |
|---|---|---|
| 8/4/2015 | 1.20 | Draft reply |
| 8/4/2015 | 2.50 | Draft reply |
| 8/4/2015 | 1.20 | Draft reply |
| 8/5/2015 | 0.20 | Draft reply |
| 8/5/2015 | 0.50 | Conf. call w/ nat'l ACLU |
| 8/5/2015 | 0.70 | Draft/edit PI reply |
| 8/5/2015 | 2.20 | Draft/edit PI reply |
| 8/6/2015 | 1.00 | Draft/edit PI reply |
| 8/6/2015 | 1.00 | Draft/edit PI reply |
| 8/6/2015 | 1.00 | Draft/edit PI reply |
| 8/6/2015 | 0.20 | File reply |
| 8/9/2015 | 2.00 | Prep for hrg. |
| 8/9/2015 | 1.70 | Prep for hrg. |
| 8/10/2015 | 1.00 | Prep for hrg./legal research |
| 8/10/2015 | 1.00 | Prep for hrg./legal research |
| 8/10/2015 | 0.20 | Hrg. |
| 8/11/2015 | 0.50 | Review pleadings; 3rd party compl; mtd; 3rd party PI |
| 8/11/2015 | 0.10 | Review mot. Ext. br. Schedule |
| 8/11/2015 | 0.20 | conf. call w/ co-counsel re: motions/duties |
| 8/12/2015 | 0.20 | review opinion |
| 8/12/2015 | 0.10 | review notice of appeal |
| 8/13/2015 | 0.20 | review motion/memo stay PI |
| 8/13/2015 | 0.30 | call w/ co-counsel |
| 8/13/2015 | 0.60 | call w/ clients |
| 8/13/2015 | 0.10 | draft stay response |
| 8/13/2015 | 0.10 | download/review 6CA filing |
| 8/13/2015 | 0.10 | client call |
| 8/13/2015 | 0.50 | draft stay response/draft decl. |
| 8/13/2015 | 0.60 | draft stay response/draft decl. |
| 8/13/2015 | 0.50 | edit response/file |
| 8/15/2015 | 0.10 | review stay reply |
| 8/17/2015 | 0.10 | review schedules 6CA mediation |
| 8/17/2015 | 0.10 | download/file Cty. Suppl. Memo |
| 8/17/2015 | 0.10 | download/file 6CA case op. ltr |
| 8/17/2015 | 0.20 | download/fill out 6CA forms |
| 8/17/2015 | 0.20 | call 6CA clerk; file docs |
| 8/17/2015 | 0.20 | review stay ruling; confer with co-counsel |
| 8/19/2015 | 0.50 | conf. call w/ co-counsel re: stay/6CA stay |
| 8/19/2015 | 0.20 | legal research re: stay |
| 8/19/2015 | 0.10 | review Davis mot. Stay |
| 8/19/2015 | 1.00 | Draft 6CA response |
| 8/19/2015 | 1.00 | Draft 6CA response |
| 8/19/2015 | 1.20 | Draft 6CA response |
| 8/20/2015 | 0.50 | Draft 6CA response |
| 8/20/2015 | 1.00 | Draft 6CA response |
| 8/22/2015 | 1.50 | Draft / edit 6CA response |
| 8/22/2015 | 1.00 | Draft / edit 6CA response |
| 8/22/2015 | 0.50 | Draft / edit 6CA response / email to co-counsel |
| 8/23/2015 | 1.50 | Draft / edit 6CA response |
| 8/23/2015 | 0.50 | edit/file 6CA response |
| 8/24/2015 | 0.20 | review/file RE 56; review/file 6CA amicus filing |
| 8/25/2016 | 0.10 | prepare/submit 6CA mediation form |
| 8/25/2016 | 0.50 | research SCOTUS stay requests |
| 8/25/2016 | 0.10 | review/file RE 57 and RE 58 |
| 8/26/2015 | 0.10 | Review 6CA order denying |
| 8/26/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/26/2015 | 0.50 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/26/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/26/2015 | 1.50 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/26/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/26/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 1.00 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 1.00 | draft/research/edits SCOTUS response to anticipaed stay request; email to co-counsel |
| 8/27/2015 | 0.50 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 1.20 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 1.00 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/27/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/28/2015 | 1.00 | draft/research/edits SCOTUS response to anticipaed stay request |

| | | |
|---|---|---|
| 8/28/2015 | 0.70 | draft/research/edits SCOTUS response to anticipaed stay request |
| 8/28/2015 | 0.70 | Review Davis mot. Stay RE 62; draft/file response; call opp. Counsel re: SCOTUS stay |
| 8/28/2015 | 0.50 | Review LC stay petition |
| 8/28/2015 | 0.10 | Review LC reply to stay RE 64; review d.ct. Order denying RE65 |
| 8/28/2015 | 1.00 | draft/edit stay response (SCOTUS) |
| 8/28/2015 | 1.00 | draft/edit stay response (SCOTUS) |
| 8/28/2015 | 0.20 | Respond to SCOTUS clerk; email draft to co-counsel |
| 8/30/2015 | 0.50 | Edit stay response |
| 8/30/2015 | 0.10 | Email clients regarding status |
| 8/31/2015 | 0.10 | Review v/m of opposing counsel |
| 8/31/2015 | 1.00 | Tel. conf. w/ co-counsel/clients |
| 8/31/2015 | 0.10 | Review notice of Appeal |
| 8/31/2015 | 0.10 | Review SCOTUS denial |
| 8/31/2015 | 0.10 | Email clients |
| 9/1/2015 | 0.20 | Tel. call w/ client |
| 9/1/2015 | 0.50 | Draft mot. Contempt/declaration |
| 9/1/2015 | 0.50 | conf. call w/ clients |
| 9/1/2015 | 1.20 | draft/edit contempt motion/file |
| 9/1/2015 | 0.10 | tel. conf. w/ court; schedule hrg. |
| 9/1/2015 | 0.50 | Tel. conf. w/ co-counsel re: hrg. |
| 9/1/2015 | 0.50 | download/complete 6CA forms (5961) |
| 9/1/2015 | 0.50 | download/file D's 6CA papers |
| 9/2/2015 | 0.10 | download/file D's 6CA papers |
| 9/2/2015 | 1.50 | legal research re: contempt; prepare for hrg. |
| 9/2/2015 | 0.50 | conf. call w/ co-counsel re: hrg. |
| 9/2/2015 | 0.50 | legal research/hrg. Prep |
| 9/2/2015 | 1.00 | conf. call with co-counsel re: hrg duties |
| 9/2/2015 | 4.00 | Travel to Ashland, KY for hrg. |
| 9/3/2015 | 2.00 | Hrg. Prep |
| 9/3/2015 | 1.50 | Hrg. prep |
| 9/3/2015 | 1.00 | Hrg. prep |
| 9/3/2015 | 2.00 | Hrg. |
| 9/3/2015 | 2.00 | Hrg. |
| 9/3/2015 | 0.50 | Hrg. |
| 9/3/2015 | 3.00 | Return travel from Ashland, KY |
| 9/4/2015 | 0.10 | Review ct. order RE75 and RE76 |
| 9/6/2015 | 0.20 | email co-counsel re: licenses/contempt appeal |
| 9/8/2015 | 0.10 | Call w/ 6CA re: resp. deadline |
| 9/8/2015 | 0.50 | call w/ co-counsel |
| 9/8/2015 | 1.20 | draft/edit response to emer. Pi motion 6CA |
| 9/8/2015 | 0.10 | review ct. order RE 89 |
| 9/8/2015 | 1.20 | draft/edit 6CA reesponse to emer. Pi |
| 9/8/2015 | 1.00 | 6CA mediation call |
| 9/8/2015 | 0.70 | draft/edit 6CA response to emer. Pi; file |
| 9/9/2015 | 0.50 | review PHV motion/attachments/file |
| 9/10/2015 | 0.50 | email clients |
| 9/10/2015 | 0.50 | review Davis reply for emer. Inj. |
| 9/11/2015 | 0.50 | review Davis mot. Stay #2 (5880) |
| 9/11/2015 | 0.50 | legal research re: jdx. |
| 9/11/2015 | 0.10 | call w/ 6CA clerk re: response deadline |
| 9/11/2015 | 1.20 | Legal research re: stay response #2 |
| 9/13/2015 | 3.00 | Draft/edit 6CA stay response |
| 9/14/2015 | 1.00 | conf. call w/ co-counsel |
| 9/14/2015 | 1.00 | draft/edit 6CA stay response |
| 9/14/2015 | 1.00 | draft/edit 6CA stay response |
| 9/14/2015 | 1.70 | draft/edit 6CA stay response |
| 9/15/2015 | 0.70 | conf.c all w/ co-counsel re: stay response |
| 9/15/2015 | 0.70 | draft/edit 6CA stay response |
| 9/15/2015 | 2.00 | draft/edit 6CA stay response |
| 9/15/2015 | 0.10 | file 6CA stay response |
| 9/15/2015 | 0.10 | file PHV motion - Esseks |
| 9/15/2015 | 0.10 | review 6CA order (5961) |
| 9/15/2015 | 0.70 | review draft mot |
| 9/16/2015 | 0.70 | review draft mot |
| 9/17/2015 | 1.50 | 6Ca mediation call |
| 9/17/2015 | 0.10 | review 6CA op |
| 9/18/2015 | 0.10 | review Davis emer. Mot. Stay (d.ct.) |
| 9/18/2015 | 0.50 | edit class cert. motion |
| 9/18/2015 | 0.70 | edit response in 15-5978 |

| Date | Hours | Description |
|---|---|---|
| 9/18/2015 | 0.10 | review notice - B. Mason |
| 9/18/2015 | 0.50 | edit 6CA response 15-5978 |
| 9/20/2015 | 0.70 | edit motion enforce/clarify |
| 9/21/2015 | 1.20 | conf. call w/ co-counsel |
| 9/21/2015 | 1.00 | edit motion enforce; legal research |
| 9/21/2015 | 0.70 | edit/draft motion |
| 9/21/2015 | 0.10 | review dep. Clerks updates |
| 9/22/2015 | 0.10 | email clients |
| 9/23/2015 | 0.10 | review d.ct. order denying motion stay 9/3 order |
| 9/24/2015 | 0.10 | review Davis resp. to CW MTD |
| 9/25/2015 | 6.00 | Travel to/from Rowan Co. to meet with clients |
| 9/28/2015 | 0.10 | review opp. Counsel request to consolidate |
| 9/29/2015 | 0.10 | email response to opp. Counsel re: consolidation |
| 9/29/2015 | 0.10 | review Davis mot. Consolidate appeals |
| 9/29/2015 | 0.10 | Review CW reply in support of mtd |
| 10/1/2015 | 0.10 | review 6CA order consolidating; briefing ltr. |
| 10/18/2015 | 1.00 | review pleadings RE132, 133, 135; RE 58(5880); calendar events; email co-counsel |
| 10/19/2015 | 0.80 | conf. call w/ co-counsel re: replies; 6CA; arguments; email opp. Counsel |
| 10/20/2015 | 0.10 | edit mot. Ext. time; file motion |
| 10/21/2015 | 0.70 | draft/edit reply in support of motion reopen class cert.; research |
| 10/21/2015 | 0.50 | draft/edit reply in support of motion reopen class cert.; research |
| 10/21/2015 | 4.20 | draft/edit reply in support of motion reopen class cert.; research |
| 10/22/2015 | 1.00 | draft/edit reply in support of motion reopen class cert.; research |
| 10/22/2015 | 1.50 | draft/edit reply in support of motion reopen class cert.; research |
| 10/27/2015 | 1.50 | draft 6ca response |
| 10/28/2015 | 0.10 | review 6ca order denying mot. Stay contempt |
| 11/3/2015 | 0.50 | print/review Davis 6ca brief |
| 11/3/2015 | 0.70 | review Davis 6ca brief |
| 11/16/2015 | 0.80 | conf. call re: reply |
| 11/17/2015 | 1.00 | draft 6ca response; legal research |
| 11/17/2015 | 0.50 | draft 6ca response; legal research |
| 11/18/2015 | 0.50 | draft 6ca response |
| 11/19/2015 | 1.00 | draft 6ca response |
| 11/19/2015 | 1.00 | draft 6ca response |
| 11/23/2015 | 1.00 | draft motion ext. br. Deadine |
| 11/23/2015 | 0.20 | draft/file motion ext. br. Deadline |
| 11/24/2015 | 0.70 | draft 6CA response |
| 11/28/2015 | 0.70 | draft 6CA response |
| 11/28/2015 | 1.20 | draft 6CA response |
| 11/28/2015 | 1.00 | draft 6CA response |
| 11/29/2015 | 2.00 | draft 6CA response |
| 11/29/2015 | 1.00 | draft 6CA response |
| 11/29/2015 | 1.50 | draft 6CA response |
| 11/29/2015 | 1.00 | draft 6CA response |
| 11/30/2015 | 1.50 | draft 6CA response |
| 12/1/2015 | 1.00 | draft 6CA response |
| 12/2/2015 | 1.50 | draft 6CA response |
| 12/2/2015 | 1.00 | draft 6CA response |
| 12/2/2015 | 1.50 | draft 6CA response |
| 12/2/2015 | 1.50 | draft 6CA response |
| 12/3/2015 | 1.50 | draft 6CA response |
| 12/3/2015 | 1.00 | draft 6CA response |
| 12/4/2015 | 1.00 | draft 6CA response |
| 12/4/2015 | 1.50 | draft 6CA response |
| 12/9/2015 | 1.00 | draft/edit 6CA response |
| 12/11/2015 | 1.00 | draft 6CA response |
| 12/11/2015 | 1.00 | draft 6CA response |
| 12/13/2015 | 0.50 | draft 6CA response |
| 12/13/2015 | 1.50 | draft 6CA response |
| 12/14/2015 | 1.00 | draft 6CA response |
| 12/15/2015 | 1.00 | draft/edit 6CA response |
| 12/15/2015 | 1.00 | draft/edit 6CA response |
| 12/15/2015 | 0.70 | draft/edit 6CA response |
| 12/15/2015 | 1.00 | draft/edit 6CA response |
| 12/16/2015 | 1.00 | edit 6CA brief |
| 12/16/2015 | 1.50 | edit 6ca brief; file |
| 1/12/2016 | 0.30 | review/edit/email response to Davis suppl. Auth. |
| 2/9/2016 | 0.10 | review order denying mot. Enforce |
| 2/16/2016 | 0.10 | review dep. Clerk update |

| | | |
|---|---|---|
| 4/19/2016 | 0.10 | review d.ct. order dm CW |
| 6/2/2016 | 0.10 | calendar oral argument date |
| 6/2/2016 | 0.10 | email clients re: status |
| 6/2/2016 | 0.10 | download/complete 6CA oral ack; file |
| 6/16/2016 | 0.50 | draft 28(j) ltr.; email co-counsel |
| 6/17/2016 | 0.20 | edit 28(j) ltr.; email co-counsel |
| 6/17/2016 | 0.10 | file 289j) ltr. |
| 6/23/2016 | 0.10 | review ltr. Re: Davis motion dismiss 6CA |
| 9/14/2016 | 1.50 | draft fees motion; edit; email co-counsel |
| | 230.50 | |

Miller v. Davis
**Costs**

| Date | Description | Amount |
|------|-------------|--------|
| 7/1/2015 | Travel to Rowan Co. - client mtg. | $75.71 |
| 7/1/2015 | Return travel from Rowan Co. | $75.71 |
| 7/2/2015 | Case filing fee | $400.00 |
| 7/12/2015 | Lodging (2 rooms) in Ashland, KY for hrg. | $292.00 |
| 7/13/2015 | Per diem in Ashland, KY | $24.00 |
| 7/16/2015 | Transcript of Proceedings | $100.80 |
| 7/19/2015 | Lodging (2 rooms) in Ashland, KY for hrg. | $322.78 |
| 7/29/2015 | Transcript of Proceedings | $73.80 |
| 8/26/2015 | Telephone conference transcript | $9.00 |
| 9/2/2015 | Travel to Ashland, KY for hrg. | $106.78 |
| 9/2/2015 | Lodging (1 rrom) in Ashland, KY | $106.40 |
| 9/3/2015 | Return travel from Ashland, KY | $106.78 |
| 9/9/2015 | Transcript of Proceedings | $162.90 |
| 9/25/2015 | Travel to Rowan Co. - client/witness mtg. | $75.71 |
| 9/25/2015 | Return travel from Rowan Co. | $75.71 |
| | **Total** | **$2,008.08** |