UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

NORTHERN DIVISION AT ASHLAND

|  |  |
|---|---|
| APRIL MILLER, *et al.*, | |
| | Case No. 0:15-cv-00044-DLB |
| Plaintiffs, | ***Electronically filed*** |
| v. | |
| KIM DAVIS, *et al.*, | |
| Defendants. | |

## DECLARATION OF DANIEL J. CANON

DANIEL J. CANON, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am of adult age and am otherwise competent to make declarations regarding the matters set forth herein, which are based upon my own personal knowledge, unless otherwise stated.

2. I am a member attorney of the firm Clay Daniel Walton and Adams, PLC, and one of the attorneys of record for the Plaintiffs in the above-styled matter.

3. The figures for fees and expenses submitted in this matter are true and correct to the best of my knowledge.

4. The invoice attached to this declaration shows a detailed and accurate accounting of the hours expended by members of Clay Daniel Walton & Adams, PLC, on this matter, those

members being myself, Hon. Laura E. Landenwich and L. Joe Dunman. This invoice was generated by practice management software used by the firm.

5. Most of my time in this case was kept contemporaneously using the software referred to above. I have constructed additional billing records for myself, for any time not kept contemporaneously, based upon a review of the filings in this case, my calendar, my email messages, and other electronic records, including a Lexis search history and the filings in this case. Ms. Landenwich and Mr. Dunman have kept track of their own time in a similar fashion.

6. I am also not seeking to bill Defendant for copies, postage, law clerk/paralegal time, or other incidental expenses incurred by myself or other members of my firm in this case.

7. The rates submitted to this Court represent the high end of what the three lawyers in my firm charge for their services, but the services performed in this case required the specialized skill of dedicated civil rights practitioners, which is what we are. Further, as evidenced by the declarations of Attorneys Belzley [Plaintiffs' Exh. 3], the rates are well within the range charged by attorneys possessing comparable skill and experience in the Eastern District of Kentucky. As such, the rates fall into the traditional lodestar analysis and are not unreasonable.

8. Ms. Landenwich and I have billed for our hours spent on this case, as indicated on the invoice attached at a rate of $300.00 per hour. L. Joe Dunman billed for hours spent on this case at the rate of $250.00.

9. I graduated from the University of Louisville, Louis D. Brandeis School of Law *cum laude* in 2007. I have been in practice, and a member in good standing of the Kentucky Barr Association, for approximately nine years. Throughout that time, I have devoted my

practice almost exclusively to civil rights and constitutional issues. I am admitted to practice before all Kentucky state courts, Kentucky federal courts, the Southern District of Indiana, the Sixth Circuit Court of Appeals, and the Supreme Court of the United States. I have argued before both the Sixth Circuit and the Kentucky Supreme Court on more than one occasion each. I have argued before the Kentucky Court of Appeals on several occasions. I am counsel of record for several published and unpublished cases in the aforementioned courts. The vast majority of these cases have concerned civil rights and/or constitutional issues such as those involved in the instant case.

10. I have conducted numerous CLEs and published numerous articles on topics of civil rights and constitutional law. I was voted a Top Lawyer in the Louisville area in the area of individual/constitutional rights by a peer group of Louisville lawyers for the years 2012, 2013, 2014, and 2016 and in the areas of appellate law and employment litigation for the year 2014. I am a Thomson Reuters "Super Lawyer" for 2013-16, and a former member of the American Inns of Court in Jefferson County. I am also an adjunct professor of civil rights law for the Louis D. Brandeis School of Law, and an adjunct professor of criminal justice in the Indiana state college system.

11. Given my qualifications, experience, and track record in the area of civil rights and constitutional law, I believe I am justified in charging my highest rate ($300/hr) for work performed in this case.

12. Laura E. Landenwich graduated from the University of Louisville Brandeis School of Law in 2007. She is currently licensed to practice law in the Commonwealth of Kentucky (Bar ID #92109) and the State of Indiana (Bar ID #27709-22). Ms. Landenwich is also licensed and has practiced in Kentucky federal courts, the Southern District of Indiana,

the Sixth Circuit Court of Appeals, and the Supreme Court of the United States. Several of these cases are civil rights cases filed under 42 U.S.C. §1983. Ms. Landenwich was identified as a "Super Lawyer" for the years 2014-2016, and was also selected as a "Top Lawyer" in the area of individual rights by Louisville Magazine. In addition to practicing with Clay Daniel Walton & Adams, PLC, Ms. Landenwich is an adjunct professor at Indiana University Southeast.

13. Given Ms. Landenwich's professional and academic experience, I believe her hourly rate of $300 is reasonable.

14. L. Joe Dunman graduated from the University of Louisville, Louis D. Brandeis School of Law in 2012. For two years before graduation, he clerked for me, assisting me with my practice in civil rights and constitutional cases, and has since devoted his own practice to the same. Mr. Dunman is admitted to practice before all Kentucky state courts, the U.S. District Court for the Western District of Kentucky, and the Sixth Circuit Court of Appeals. He has briefed several cases before both the Kentucky Court of Appeals, the Kentucky Supreme Court, and the Sixth Circuit Court of Appeals. He is also an adjunct professor of constitutional rights at Bellarmine University. His normal hourly rate ranges from $200-$250 per hour, depending on the type of case.

15. Given Mr. Dunman's qualifications and experience, I believe he is justified in billing at a rate of $250/hr on this case.

16. The requested rates in this case for all three members of my firm have already been considered and approved by Hon. Charles R. Simpson, III, in the case of *Bourke v. Beshear,* No. 3:13-CV-00750-CRS, 2016 U.S. Dist. LEXIS 4064 (W.D. Ky. Jan. 13, 2016), which is the Kentucky component of the case better known as *Obergefell v.*

*Hodges,* 192 L. Ed. 2d 609, 2015 U.S. LEXIS 4250 (2015).

I declare the foregoing to be true and correct under penalty of perjury. Signed this 15th day of September, 2016.

/s Daniel J. Canon
DANIEL J. CANON



# INVOICE

Invoice # 1169
Date: 09/19/2016
Due Upon Receipt

# Clay Daniel Walton & Adams PLC

Meidinger Tower Suite 101, 462 S. Fourth Street
Louisville, KY 40202
United States

April Miller

## 01055-Miller

## Kim Davis, Rowan County

| Attorney | Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Laura Landenwich | Service | 07/01/2015 | Conference call with Bill Sharp; meeting with Dan Canon & Joe Dunman | 0.80 | $300.00 | $240.00 |
| Laura Landenwich | Service | 07/02/2015 | Edit and revise complaint and motion for preliminary injunction. Conference call with co-counsel. Correspondence with co-counsel | 4.20 | $300.00 | $1,260.00 |
| Dan Canon | Service | 07/02/2015 | Review and revise complaint; TC and email corresp w legal team | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 07/02/2015 | Joe - Review and revision of complaint and draft motions, district court | 1.10 | $250.00 | $275.00 |
| Dan Canon | Service | 07/02/2015 | Joe - Email exchanges with co-counsel re: draft documents | 0.80 | $250.00 | $200.00 |
| Dan Canon | Service | 07/03/2015 | Joe - Email exchanges w/ co-counsel re: complaint and court procedures | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 07/06/2015 | Review court orders, TC w clients | 2.10 | $300.00 | $630.00 |
| Dan Canon | Service | 07/06/2015 | Joe - email exchanges w/ co-counsel re: procedures, case status | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 07/07/2015 | Corresp w co-counsel and hearing prep | 0.30 | $300.00 | $90.00 |

| Dan Canon | Service | 07/08/2015 | Prep injunction hearing, TC w April, TC w LEL re: strategy, review documents | 2.00 | $300.00 | $600.00 |
| Dan Canon | Service | 07/09/2015 | Look at interviews, oath, and AL decision; continue inj hearing prep | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 07/12/2015 | Prep hearing | 16.20 | $300.00 | $4,860.00 |
| Dan Canon | Service | 07/12/2015 | correspondence with Bill Sharp and clients | 3.00 | $300.00 | $900.00 |
| Dan Canon | Service | 07/13/2015 | Travel to and from Ashland | 7.00 | $300.00 | $2,100.00 |
| Dan Canon | Service | 07/13/2015 | Attend PI hearing | 2.50 | $300.00 | $750.00 |
| Dan Canon | Service | 07/13/2015 | Joe - Discuss preliminary hearing in EDKY w/ co-counsel | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 07/14/2015 | Review prior liberty counsel filings; corresp w EDKY and ACLU; notify clients of next hearing date | 2.30 | $300.00 | $690.00 |
| Alex Bryant | Service | 07/14/2015 | Saved all filed documents to electronic folders, calendared when necessary, and printed/filed. | 1.00 | $90.00 | $90.00 |
| Dan Canon | Service | 07/14/2015 | Joe - email exchanges with co-counsel regarding service on Defendant, new hearing | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 07/15/2015 | Resolution of service issue, TC w ACLU & co-counsel; TC w Aaron Skaggs | 2.90 | $300.00 | $870.00 |
| Dan Canon | Service | 07/15/2015 | Joe - email exchange on status of case with co-counsel | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 07/17/2015 | Meet w ACLU | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 07/17/2015 | Joe - meeting and emails with co-counsel re: status of case, hearing | 1.00 | $250.00 | $250.00 |
| Dan Canon | Service | 07/19/2015 | Prep for 2nd round of hearings | 8.00 | $300.00 | $2,400.00 |
| Dan Canon | Service | 07/19/2015 | Travel to and from Covington | 3.00 | $300.00 | $900.00 |
| Dan Canon | Service | 07/19/2015 | Conduct 2nd round of hearings | 8.00 | $300.00 | $2,400.00 |
| Dan Canon | Service | 07/20/2015 | Joe - discussions re: second hearing in EDKY with co-counsel | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 07/23/2015 | Joe - review of hearing transcripts, recommendation for notice of redactions | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 07/27/2015 | Joe - Review of second hearing transcript, notice of redations | 0.50 | $250.00 | $125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dan Canon | Service | 07/29/2015 | Joe - review of draft class cert. memo and motions | 0.20 | $250.00 | $50.00 |
| Alex Bryant | Service | 07/30/2015 | Much filing | 0.80 | $90.00 | $72.00 |
| Dan Canon | Service | 07/30/2015 | Review Davis brief opposing PI | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 07/30/2015 | Joe - Continue review of draft class cert. docs, email exchanges | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 07/30/2015 | Joe - initial review of Defendant's brief, email exchange with co-counsel | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 07/31/2015 | Review and notate response; take notes for reply; revise reply brief | 3.00 | $300.00 | $900.00 |
| Dan Canon | Service | 07/31/2015 | Joe - Review of Defendant's brief, email exchange with co-counsel re: reply | 2.40 | $250.00 | $600.00 |
| Dan Canon | Service | 07/31/2015 | Joe - review of Court's order re: reply brief, email exchange with co-counsel | 0.80 | $250.00 | $200.00 |
| Dan Canon | Service | 08/02/2015 | Joe - outline and draft section I of reply brief | 0.50 | $250.00 | $125.00 |
| Dan Canon | Service | 08/03/2015 | Joe - draft section I of the reply brief, distribute to co-counsel, edit and revise content | 3.10 | $250.00 | $775.00 |
| Dan Canon | Service | 08/04/2015 | Joe - draft and distribute section III of reply brief, phone call with co-counsel | 3.50 | $250.00 | $875.00 |
| Dan Canon | Service | 08/04/2015 | Joe - receive and review Defendant's MTD | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 08/05/2015 | Review 3p complaint | 0.20 | $300.00 | $60.00 |
| Dan Canon | Service | 08/05/2015 | Joe - revise reply brief draft | 1.00 | $250.00 | $250.00 |
| Dan Canon | Service | 08/06/2015 | Joe - final review of reply draft | 1.20 | $250.00 | $300.00 |
| Dan Canon | Service | 08/07/2015 | Review reply brief to prep for hearing | 1.00 | $300.00 | $300.00 |
| Dan Canon | Service | 08/07/2015 | Joe - review of motion for injunction filed by Defendant | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 08/08/2015 | Joe - email exchange with co-counsel | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/09/2015 | Joe - email exchange with co-counsel re: subject of next hearing | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/10/2015 | Telephonic hrg; TC w Bill Sharp | 0.40 | $300.00 | $120.00 |

| Alex Bryant | Service | 08/10/2015 | Printed, filed, distributed several filings rec'd via ECF and calendared where appropriate. | 1.50 | $90.00 | $135.00 |
| Dan Canon | Service | 08/11/2015 | TC w Bill Sharp, review mtn to extend time, corresp w counsel | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 08/11/2015 | Joe - review of Defendant's motion for extension of time | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 08/12/2015 | Joe - review of court ruling re: injunction; email exchange regarding next steps | 0.50 | $250.00 | $125.00 |
| Dan Canon | Service | 08/13/2015 | Review motion to stay; TC w counsel; TC w clients re: opinion and next steps; review mtn to stay response | 2.00 | $300.00 | $600.00 |
| Dan Canon | Service | 08/13/2015 | Joe - review Defendant's Motion to Stay, email exchange re: response | 0.80 | $250.00 | $200.00 |
| Dan Canon | Service | 08/13/2015 | Joe - review of Defendant's notice of appeal to CA6 | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/13/2015 | Joe - research of issues re: motion for contempt, response to Defendant's motion to stay | 1.50 | $250.00 | $375.00 |
| Dan Canon | Service | 08/17/2015 | Review stay order, TC w Mike Abate, corresp w all co-counsel | 0.50 | $300.00 | $150.00 |
| Laura Landenwich | Service | 08/17/2015 | review stay order; meeting with co-counsel re same | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 08/17/2015 | Joe - review Defendant's reply to motion to stay injunction | 0.10 | $250.00 | $25.00 |
| Alex Bryant | Service | 08/18/2015 | Filed Appearance for Laura. | 0.30 | $90.00 | $27.00 |
| Dan Canon | Service | 08/19/2015 | TC w ACLU, et al; draft FRCP 60 mtn; prelim outline on MTD response | 1.30 | $300.00 | $390.00 |
| Laura Landenwich | Service | 08/19/2015 | conf call with DJC and BS re Rule 60 motion, response to MTD, response to anticipated request for stay | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 08/19/2015 | FRCP 60 motion re: stay | 1.40 | $300.00 | $420.00 |
| Dan Canon | Service | 08/19/2015 | Joe - review of EDKY order re: temporary stay by CA6; email exchange with co-counsel | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 08/19/2015 | Joe - review of documents filed in CA6 be Defendant | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/20/2015 | Joe - review briefing letter filed by CA6 | 0.10 | $250.00 | $25.00 |

| Dan Canon | Service | 08/20/2015 | Joe - file notice of appearance in CA6 | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|---|
| Dan Canon | Service | 08/21/2015 | Joe - review draft of stay response to be filed in CA6, related email exchange | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 08/22/2015 | MTD response | 0.40 | $300.00 | $120.00 |
| Dan Canon | Service | 08/23/2015 | Review MTD and prep response; corresp w co-counsel | 1.40 | $300.00 | $420.00 |
| Dan Canon | Service | 08/23/2015 | Revise stay response | 1.30 | $300.00 | $390.00 |
| Dan Canon | Service | 08/23/2015 | Review Eagle Forum Brief & notate | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 08/23/2015 | Joe - final review of stay response draft | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 08/24/2015 | Draft response to MTD | 6.40 | $300.00 | $1,920.00 |
| Dan Canon | Service | 08/25/2015 | Joe - review stay response reply filed by Defendant in CA6 | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/25/2015 | Joe - review WDKY stay order | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 08/25/2015 | Draft MTD response | 3.10 | $300.00 | $930.00 |
| Dan Canon | Service | 08/26/2015 | Joe - review CA6 order denying stay, email exchange with co-counsel | 0.20 | $250.00 | $50.00 |
| Alex Bryant | Service | 08/26/2015 | Much filing. | 1.00 | $90.00 | $90.00 |
| Dan Canon | Service | 08/26/2015 | Review stay order; corresp w co-counsel & clients | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 08/27/2015 | Joe - review draft of SCOTUS stay response, related email exchange with co-counsel | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 08/27/2015 | Review stay response SCOTUS; TC w clients and WES | 1.10 | $300.00 | $330.00 |
| Dan Canon | Service | 08/28/2015 | Joe - review updated drafts of SCOTUS stay response | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 08/28/2015 | Joe - review and SCOTUS motion for stay filed by Defendant | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 08/28/2015 | Review and edit stay response SCOTUS | 2.20 | $300.00 | $660.00 |
| Dan Canon | Service | 08/31/2015 | Joe - email exchange with co-counsel re: case status | 0.40 | $250.00 | $100.00 |
| Dan Canon | Service | 08/31/2015 | Joe - review SCOTUS order denying stay | 0.10 | $250.00 | $25.00 |

| Dan Canon | Service | 08/31/2015 | TC w co-counsel and clients | 1.00 | $300.00 | $300.00 |
|---|---|---|---|---|---|---|
| Laura Landenwich | Service | 08/31/2015 | Conference call | 0.50 | $300.00 | $150.00 |
| Dan Canon | Service | 09/01/2015 | Joe - review draft of WDKY motion to hold Defendant in contempt | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 09/01/2015 | Joe - review draft of WDKY motion to clarify injunction/stay order | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 09/01/2015 | Joe - review WDKY order for hearing on contempt motion | 0.10 | $250.00 | $25.00 |
| Laura Landenwich | Service | 09/01/2015 | conference call with ACLU and clients; draft Miller affidavit; review and revise motion for contempt | 1.60 | $300.00 | $480.00 |
| Dan Canon | Service | 09/01/2015 | Review motions and orders; TC w co-counsel; review statement of Kim Davis; research contempt remedies | 2.10 | $300.00 | $630.00 |
| Laura Landenwich | Service | 09/01/2015 | teleconference with co-counsel re preparation for hearing | 0.60 | $300.00 | $180.00 |
| Dan Canon | Service | 09/02/2015 | TC w co-counsel and clients; continued contempt research; TC w Jeff Mando; prep clients for hrg; review D mtn for inj relief | 2.60 | $300.00 | $780.00 |
| Laura Landenwich | Service | 09/02/2015 | draft direct exam of clients; conference call with Sharp & Canon re hearing | 1.50 | $300.00 | $450.00 |
| Laura Landenwich | Service | 09/02/2015 | conf call to prep for hearing | 0.50 | $300.00 | $150.00 |
| Dan Canon | Service | 09/03/2015 | Joe - conference call with co-counsel re: hearing and arrest of Defendant | 0.30 | $250.00 | $75.00 |
| Laura Landenwich | Service | 09/03/2015 | Travel to and from Ashland | 7.00 | $300.00 | $2,100.00 |
| Laura Landenwich | Service | 09/03/2015 | Prep for hearing on contempt motion | 3.00 | $300.00 | $900.00 |
| Laura Landenwich | Service | 09/03/2015 | Attend hearing on Motion for Contempt | 5.00 | $300.00 | $1,500.00 |
| Dan Canon | Service | 09/03/2015 | Travel to and from Ashland | 7.00 | $300.00 | $2,100.00 |
| Dan Canon | Service | 09/03/2015 | Prep for hearing on contempt motion | 3.50 | $300.00 | $1,050.00 |
| Dan Canon | Service | 09/03/2015 | Attend hearing on contempt motion | 5.00 | $300.00 | $1,500.00 |
| Dan Canon | Service | 09/04/2015 | Joe - email exchange with co-counsel re: rumored changes to marriage cert. | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 09/04/2015 | Joe - review of WDKY order re: hearing and arrest of Defendant | 0.50 | $250.00 | $125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dan Canon | Service | 09/04/2015 | Review filings; TC w OC and co-counsel; review licenses | 1.20 | $300.00 | $360.00 |
| Dan Canon | Service | 09/06/2015 | Joe - email exchange with counsel re: state gov response to case, marriage license changes | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 09/06/2015 | Review Lederman commentary; corresp w legal team and Jeff Mando re: validity of licenses | 0.50 | $300.00 | $150.00 |
| Dan Canon | Service | 09/07/2015 | Draft status update to court; TC w WES; corresp w clients and legal team; review amd notice of appeal | 1.70 | $300.00 | $510.00 |
| Dan Canon | Service | 09/08/2015 | Joe - review draft of statement re: license changes; related email exchange | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 09/08/2015 | Joe - review of WDKY order re: release of Defendant from jail | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 09/08/2015 | Review and file revised status update; corresp w clients and legal team; review orders from DLB, enter appearance in yet another appeal | 2.50 | $300.00 | $750.00 |
| Laura Landenwich | Service | 09/08/2015 | conf call with co-counsel; receipt and review various pleadings filed over the weekend and this morning. | 0.90 | $300.00 | $270.00 |
| Laura Landenwich | Service | 09/08/2015 | edit and revise response to motion for emergency relief | 0.60 | $300.00 | $180.00 |
| Alex Bryant | Service | 09/11/2015 | Hours of printing and filing and turned filing in this case over to Jennifer 2. Filled out LEL Appearance but unable to file in COA ECF bc my computer is old. | 0.50 | $90.00 | $45.00 |
| Dan Canon | Service | 09/14/2015 | Review govrnor's resp to emer mtn for inj; Davis 6CA mtn to stay inj; rvw resp to MTD appeal; review and edit our response to mtn to stay inj; TC w ACLU national; watch LC press conference; review AG statement on validity of licenses; draft opinion letter to AG | 3.80 | $300.00 | $1,140.00 |
| Dan Canon | Service | 09/15/2015 | Joe - review and revise draft of CA6 response | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 09/15/2015 | TC w ACLU | 1.00 | $300.00 | $300.00 |
| Laura Landenwich | Service | 09/15/2015 | conference call with co-counsel re next steps | 1.00 | $300.00 | $300.00 |
| Laura Landenwich | Service | 09/15/2015 | draft renewed motion for contempt | 0.40 | $300.00 | $120.00 |

| Alex Bryant | Service | 09/15/2015 | Searched for pleadings in 3rd appeal for Joe. Discovered Joe, Jenny & I weren't receiving them. Will follow up tomorrow. | 1.00 | $90.00 | $90.00 |
|---|---|---|---|---|---|---|
| Laura Landenwich | Service | 09/16/2015 | draft renewed motion for sanctions | 6.90 | $300.00 | $2,070.00 |
| Dan Canon | Service | 09/16/2015 | Draft 6CA response to stay (5978); review second contempt motion | 2.80 | $300.00 | $840.00 |
| Dan Canon | Service | 09/17/2015 | Review emails from HW and 2nd contempt mtn, draft response to stay 5978 | 2.00 | $300.00 | $600.00 |
| Dan Canon | Service | 09/18/2015 | Joe - revise draft of CA6 response brief, related email exchange with co-counsel | 1.50 | $250.00 | $375.00 |
| Dan Canon | Service | 09/18/2015 | Draft, finalize and file response in 5978 | 3.30 | $300.00 | $990.00 |
| Dan Canon | Service | 09/21/2015 | Joe - review draft of WDKY motion to enforce, related email exchange | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 09/21/2015 | TC w aclu, revise and refile response | 0.90 | $300.00 | $270.00 |
| Laura Landenwich | Service | 09/21/2015 | conference call; research re re-issuing licenses after solemnization | 1.70 | $300.00 | $510.00 |
| Dan Canon | Service | 09/29/2015 | Review reply to contempt stay, corresp w ACLU | 0.30 | $300.00 | $90.00 |
| Dan Canon | Service | 10/09/2015 | Conference call re: potential plaintiffs and amending complaint | 1.00 | $300.00 | $300.00 |
| Dan Canon | Service | 10/13/2015 | Joe - review draft of opposition to stay request filed by Defendant | 0.30 | $250.00 | $75.00 |
| Dan Canon | Service | 10/19/2015 | TC w ACLU | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 10/20/2015 | Joe - review of reply filed by Defendant in CA6 | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 10/22/2015 | Joe - review of draft of motion to re-open class cert. | 0.10 | $250.00 | $25.00 |
| Dan Canon | Service | 11/09/2015 | Conference call re: changes to marriage licenses | 1.00 | $300.00 | $300.00 |
| Laura Landenwich | Service | 11/09/2015 | Conference call re: changes to marriage licenses | 1.00 | $300.00 | $300.00 |
| Dan Canon | Service | 11/19/2015 | Joe - review of draft of reply in support of motion to enforce | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 12/03/2015 | Joe - review and revision of CA6 appellee brief | 0.50 | $250.00 | $125.00 |

| Dan Canon | Service | 12/05/2015 | Review and edit response brief (6CA) | 0.80 | $300.00 | $240.00 |
| Dan Canon | Service | 12/06/2015 | Continue revising and editing 6CA brief | 1.40 | $300.00 | $420.00 |
| Dan Canon | Service | 12/14/2015 | Joe - revision of CA6 appellee brief, related email exchange | 0.20 | $250.00 | $50.00 |
| Dan Canon | Service | 01/06/2016 | Joe - review of Bevin executive order re: license | 0.10 | $250.00 | $25.00 |

**Total**  **$59,854.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1169 | 09/19/2016 | $59,854.00 | $0.00 | $59,854.00 |
| | | | **Outstanding Balance** | **$59,854.00** |
| | | | **Total Amount Outstanding** | **$59,854.00** |

Please make all amounts payable to: Clay Daniel Walton & Adams PLC

Payment is due upon receipt.