UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

                Plaintiffs,

v.

KIM DAVIS, *et al.*,

                Defendants.

Case No. 0:15-cv-00044-DLB

***Electronically filed***

## ORDER

Plaintiffs, having moved for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED:**

Plaintiffs' Motion for Award of Statutory Attorneys' Fees and Costs is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded $231,050.00 in attorneys' fees, and $2,008.08 in costs for a total award of $233,058.08 for all work performed in the above-styled action from July 1, 2015, through September 16, 2016.

This is a final and appealable order.

_____
Hon. David L. Bunning