**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION**

Eastern District of Kentucky
**F I L E D**

OCT 2 7 2016

At PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| APRIL MILLER, et al., | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | **0:15-CV-00044-DLB-EBA** |
| v. | : | |
| | : | **DISTRICT JUDGE** |
| KIM DAVIS, et al., | : | **DAVID L. BUNNING** |
| | : | |
| Defendants. | : | **MAGISTRATE JUDGE** |
| | : | **EDWARD B. ATKINS** |

| | |
|---|---|
| KIM DAVIS, | : |
| | : |
| Third-Party Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MATTHEW G. BEVIN, et al., | : |
| | : |
| Third-Party Defendants. | : |

## ORDER

This case is before the Court on Defendant/Third-Party Plaintiff Kim Davis' Unopposed

Second Motion for Extension of Time to File Response to Plaintiffs' Motion for Award of

Attorneys' Fees and Costs. The Court having reviewed the unopposed motion, and being otherwise

fully advised, it is hereby, ORDERED:

The motion is GRANTED. Defendant/Third-Party Plaintiff shall file her response to

Plaintiffs Motion for Award of Attorneys' Fees and Costs (Doc. 183) on or before October 31,

2016.

DATED this **27** day of **October** , 2016.



Signed By:
Edward B. Atkins
United States Magistrate Judge