# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT ASHLAND
# CASE NO. 0:15-CV-00044-DLB

**APRIL MILLER,** *et al.*                                                **PLAINTIFFS**

**v.**

**ROWAN COUNTY, KENTUCKY,** *et al.*                                    **DEFENDANTS**

### DEFENDANT ROWAN COUNTY, KENTUCKY'S MOTION TO STRIKE PLAINTIFFS' REPLY, OR ALTERNATIVELY, LEAVE TO FILE SUR-REPLY

The Defendant, Rowan County, Kentucky, by and through counsel, respectfully moves the Court to Strike Plaintiff's Reply, or, alternatively, for leave to file a Sur-reply to Plaintiffs' Reply in Support of their Motion for Attorney Fees and Costs. A Memorandum in Support, proposed Order and Defendant's tendered Sur-Reply are attached.

                                                                  Respectfully submitted,

                                                                  ***/s/ Jeffrey C. Mando***
                                                                  Jeffrey C. Mando, Esq. (#43548)
                                                                  Claire E. Parsons, Esq. (#92934)
                                                                  ADAMS, STEPNER,
                                                                  WOLTERMANN & DUSING, PLLC
                                                                  40 West Pike Street
                                                                  Covington, KY  41011
                                                                  859.394.6200
                                                                  859.392.7263 – Fax
                                                                  jmando@aswdlaw.com
                                                                  cparsons@aswdlaw.com

*/s/ Cecil Watkins (per authorization)*
Cecil Watkins, Esq.
600 West Main Street
Morehead, KY  40351
606.784.4640
cwatkins@prosecutors.ky.gov

*Attorneys for Defendant, Rowan County, Kentucky*

**CERTIFICATE OF SERVICE**

This is to certify that on the **30th** day of December, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.

| APRIL MILLER, *et al.* | PLAINTIFFS |
|---|---|
| v. | |
| ROWAN COUNTY, KENTUCKY, *et al.* | DEFENDANTS |

**DEFENDANT ROWAN COUNTY, KENTUCKY'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' REPLY, OR ALTERNATIVELY, LEAVE TO FILE SUR-REPLY**

The Defendant, Rowan County, Kentucky, by and through counsel, and for its Memorandum in Support of its Motion Strike Plaintiffs' Reply, or, Alternatively, Leave to File Sur-Reply, states as follows:

In Plaintiffs' Motion for Award of Attorney Fees and Costs (Doc. 183), Plaintiffs provide an extensive procedural history of the case; argue that they are the "prevailing party"; explain how their attorney fees are reasonable; and, assert that they are entitled to recover the full amount of their costs. In their Reply (Doc. 194), however, Plaintiffs make completely new arguments. For example, Plaintiffs argue for the first time in their Reply that Kim Davis acted as a county official, as opposed to a state official. Their new argument includes an in depth discussion of how state statutes and court opinions refer to the County Clerk; who appoints the County Clerk; the degree of state control over the office; and, whether the functions involved fall within the traditional purview of the state or local government. These arguments were *not* set out in Plaintiffs' Motion. (Doc. 183) The County, therefore, has not had an opportunity to respond to them, placing it at an obvious and significant disadvantage. For these reasons, Plaintiffs' Reply should be stricken.

Alternatively, the County should be granted leave to file a Sur-Reply. Trial courts are permitted to allow a party to file a sur-reply as a matter of discretion. *See Key v. Shelby County*, 551 Fed. App'x 575, 583 (6th Cir. 2010) (citing *Eng'g Mfg. Servs., LLC v. Ashton*, 387 Fed. App'x 575, 583 (6th Cir. 2010; *Tanielian v. DaimlerChrysler Corp.*, 108 F. App'x 386, 387 (6th Cir. 2004). Though sur-replies are disfavored, and "although the Federal Rules of Civil Procedure do not expressly permit the filling of sur-replies, such fillings may be allowed in the appropriate circumstances, especially '[w]hen new submissions and/or arguments are included in a reply brief, and a nonmovant's ability to respond to the new evidence has been vitiated." *Key*, 551 Fed. Appx. at 265 (quoting *Seay v. Tenn. Valley Auth.*, 339 F.3d 454, 481 (6th Cir. 2003).

For the foregoing reasons, Defendant, Rowan County, respectfully requests that this Court strike Plaintiffs' Reply (Doc. 194) or, alternatively, grant it leave to file a Sur-Reply.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
Claire E. Parsons, Esq. (#92934)
ADAMS, STEPNER,
WOLTERMANN & DUSING, PLLC
40 West Pike Street
Covington, KY 41011
859.394.6200
859.392.7263 – Fax
jmando@aswdlaw.com
cparsons@aswdlaw.com

*/s/ Cecil Watkins (per authorization)*
Cecil Watkins, Esq.
600 West Main Street
Morehead, KY 40351
606.784.4640
cwatkins@prosecutors.ky.gov

*Attorneys for Defendant, Rowan County, Kentucky*

**CERTIFICATE OF SERVICE**

This is to certify that on the **30th** day of December, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq.