# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT ASHLAND
# CASE NO. 0:15-CV-00044-DLB

**APRIL MILLER,** *et al.*                                                                     **PLAINTIFFS**

**v.**

**ROWAN COUNTY, KENTUCKY,** *et al.*                                      **DEFENDANTS**

### ORDER

Upon Motion of the Defendant, Rowan County, Kentucky, and the Court being otherwise fully advised and informed, Plaintiff's Reply in Support of their Motion for Award of Attorneys' Fees and Costs is striken.

**SO ORDERED** this ____ day of January, 2017

_____
Hon. David L. Bunning
Judge, U.S. District Court

1555175
21H042-75141