UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

            Plaintiffs,

v.

KIM DAVIS, *et al.*,

            Defendants.

Case No. 0:15-cv-00044-DLB

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED**:

That Defendant Rowan County, Kentucky's Motion to Strike Plaintiffs' Reply, or Alternatively, Leave to File Sur-Reply [RE #195] is hereby **DENIED.**

**IT IS FURTHER ORDERED:**

That Defendant Rowan County, Kentucky is **GRANTED** leave to file its tendered Sur-Reply opposing Plaintiffs' Motion for Attorneys' Fees and Costs. [RE #196.]