UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

APRIL MILLER, *et al.*,

Plaintiffs,

v.

KIM DAVIS, *et al.*,

Defendants,

and

KIM DAVIS

Third-Party Plaintiff,

v.

MATTHEW G. BEVIN, in his official capacity as Governor of Kentucky, *et.al.*,

Third-Party Defendants.

Case No. 0:15-cv-00044-DLB

***Electronically Filed***

## NOTICE OF SATISFACTION OF FEE AWARD

*** *** *** *** ***

The plaintiffs, April Miller, Ph.D., Karen Ann Roberts, Shantel Burke, Stephen Napier, Jody Fernandez, Kevin Holloway, L. Aaron Skaggs, and Barry Spartman, by counsel, and the Third-Party Defendants, Matthew G. Bevin, In His Official Capacity as Governor of Kentucky and Terry Manual, In His Official Capacity as State Librarian and Commissioner of the Kentucky Department for Libraries and Archives, by counsel, hereby give notice that the award of Attorneys' Fees and Costs, and the associated appellate fees in this matter, have been fully satisfied and no further action of the Court concerning that award is necessary.

                                          Respectfully submitted,

s/ Palmer G. Vance II (by WES w/ permission)
William M. Lear, Jr.
Palmer G. Vance II
Stoll Keenon Ogden PLLC
gene.vance@skofirm.com
william.lear@skofirm.com
*Counsel for Third-Party Defendants*

s/ William E. Sharp
William E. Sharp
Blackburn Domene & Burchett, PLLC
614 West Main Street
Suite 3000
Louisville, KY 40202
(502) 584-1600
wsharp@bdblawky.com
- ACLU of Kentucky Cooperating Attorney
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this action, including:

Jeffrey C. Mando
Claire E. Parsons
Adams Stepner Woltermann & Dusing, PLLC
jmando@aswdlaw.com
cparsons@aswdlaw.com
*Counsel for Rowan County*

Cecil R. Watkins
Rowan County Attorney
cwatkins@prosecutors.ky.gov
*Counsel for Rowan County*

Roger K. Gannam
Liberty Counsel
rgannam@LC.org
*Counsel for Defendant/Third-Party Plaintiff*

s/William E. Sharp
*Counsel for Plaintiffs*